UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC 28 AM 8 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

ELISEO RIVERA CORTES, ET ALS.
  Plaintiffs

vs.                                                         CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES, CORP. ET ALS.
  Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: December 22, 1999<br>Docket: #30<br>[] Plffs  [X] Defts<br>Title: | **GRANTED AS REQUESTED.** New schedule now is as follows: (1) Dispositive Motions - **January 28, 2000**; (2) Pre-Trial Conference - **March 15, 2000 at 2:30 p.m.** Trial date remains unaltered. |

| MOTION | RULING |
|---|---|
| Date Filed: December 22, 1999<br>Docket: #31<br>[] Plffs  [X] Defts<br>Title: Motion Requesting Extension of Time to Conduct Discovery of Evidence | **GRANTED AS REQUESTED.** Discovery Cut-off date is now **January 14, 2000**. No further extensions will be granted. |

Date: December 23, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:         EOD:

By:            #32