UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN 31 PM 4: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ELISEO RIVERA CORTES, ET ALS.
    Plaintiffs

vs.                                                                       CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: January 19, 2000<br>Docket: #33 & 34<br>[] Plffs   [X] Defts   [] Joint<br>Title: Notice of Appearance and Motion for Withdrawal of Legal Representation | GRANTED. |

Date:   January 24, 2000                    GILBERTO GIERBOLINI
                                                          U.S. Senior District Judge

Rec'd:          EOD:

By:           # 38