UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 FEB 18 AM 8 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ELISEO RIVERA CORTES, ET ALS.
    Plaintiffs

vs.                                            CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 8, 2000<br>**Docket:** #40<br>[ X ] **Plffs**   [] **Defts**   [] **Joint**<br>**Title:** Motion Requesting an Enlargement of Time to File Reply Motion | **GRANTED AS REQUESTED.** |

Date: February 15, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:      EOD:

By:      #


