UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 FEB 22 AM 8 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ELISEO RIVERA CORTES, ET ALS.
    Plaintiffs

vs.                                                         CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 8, 2000<br>**Docket:** #41<br>[ X ] **Plffs**  [ ] **Defts**  [ ] **Joint**<br>**Title:** Leave to file Informative Motion in Relation to Discovery | **GRANTED AS REQUESTED.** |

GILBERTO GIERBOLINI
U.S. Senior District Judge

Date: February 18, 2000

Rec'd:            EOD:

By: mo            # 45