IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET ALS

    Plaintiffs

    v.

AIRPORT CATERING SERVICES, ET ALS

    Defendants

CIVIL NO. 98-2092 (GG)
CIVIL NO. 98-2128 (GG)

**MINUTE ORDER**

By order of the court, the Pre-Trial Conference, Jury Selection and Trial set for March 15, 20 & 21, 2000, respectively, are **VACATED AND SET ASIDE**.

San Juan, Puerto Rico, this 25th day of February, 2000.

FRANCES RIOS DE MORAN, CLERK

By: LYDIA E. ALICEA
Courtroom Deputy Clerk

AO 72A
(Rev.8/82)