IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| ELISEO RIVERA CORTES, ET ALS | |
|     Plaintiffs | 98-2092 (GG) |
| v. | CIVIL NO. 98-2128 (GG) |
| UNION INDEPENDIENTE DE TRABAJADORES DE AEROPUERTO | |
|     Defendant | |

**ORDER AND JUDGMENT**

On March 9, 2000, the parties filed a "Stipulation for Voluntary Dismissal" seeking the dismissal of this action with prejudice and without the imposition of costs or legal fees. **(Docket entry #49)**. The same is signed by the parties' attorneys.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, we accept the parties stipulation of dismissal.

**WHEREFORE**, in view of the above, this action is **DISMISSED WITH PREJUDICE** and without the impositions of costs and attorney's fees. Judgment is hereby entered accordingly. The proceedings under Civil Case No. 98-2092, with which this case had been consolidated, will continue uninterrupted.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 13th day of March, 2000.

GILBERTO GIERBOLINI
Senior U.S. District Judge


AO 72A
(Rev.8/82)