UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR 23 AM 11: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

ELISEO RIVERA CORTES, ET ALS.
  Plaintiffs

vs.

CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES
  Defendants

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 23, 2000<br>**Docket:** #46<br>[ ] **Plffs**  [X] **Defts**  [ ] **Joint**<br>**Title:** Motion Requesting Leave to File Reply to Opposition | **GRANTED AS REQUESTED.** |

**Date:** March 16, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:        EOD:

By:           #51