UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET ALS.
    Plaintiffs

vs.                                                      CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 28, 2000<br>**Docket:** #36<br>[ ] Plffs  [x] Defts  [] Joint<br>**Title:** Motion Requesting Leave to File Documents in Spanish | GRANTED. |

*RECEIVED AND FILED 2000 OCT -3 PM 2:21 CLERK'S OFFICE ANNEX U.S. DISTRICT COURT OLD SAN JUAN, P.R.*

Date: September 29, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By    #53