IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET ALS

    Plaintiffs

    v.     CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES, ET ALS

    Defendants

**MINUTE ORDER**

By order of the court, a **Status Conference** is set for **May 2, 2002 at 2:30 p.m.**

San Juan, Puerto Rico, this /3th day of March, 2002.

FRANCES RIOS DE MORAN, CLERK

By: SULMA LOPEZ DEFILLO
    Courtroom Deputy Clerk