# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET ALS
   Plaintiffs

vs.                      CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES, ET ALS
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: April 30, 2002<br>Docket: : #56<br>[X] Plaintiffs  [] Defendant  [] Joint<br><br>Title: Motion to Resign Legal Representation | GRANTED. |

GILBERTO GIERBOLINI
U.S. Senior District Judge

Date: May 2, 2002

Rec'd:      EOD:

By:    #57

