IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET ALS
    Plaintiffs

v.

AIRPORT CATERING SERVICES
    Defendant

CIVIL NO. 98-2092 (GG)

**ORDER**

The parties are **ORDERED** to submit to the court, by **July 5, 2002,** the record before the National Labor Relations Board and the Puerto Rico Labor Relations Board, particularly, the order of dismissal of February 6, 1998 and the motion for reconsideration of April 27, 1998. Likewise, the parties must answer any pending discovery by **July 15, 2002.** No further extensions of time will be granted.

**SO ORDERED.**

San Juan, Puerto Rico, this 18th day of June, 2002.

GILBERTO GIERBOLINI
Senior U.S. District Judge


