IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES,
GLORIA PILLOT, ET ALS
  Plaintiffs

vs.
                          CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES CORP.,
UNION INDEPENDIENTE DE TRABAJADORES
DE AEROPUERTOS
  Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: November 7, 2002<br>Docket #62<br>[] Plaintiff   [x] Defendant   [] Joint<br><br>Title: Motion Requesting Leave to File Documents in Spanish | GRANTED AS REQUESTED. |

GILBERTO GIERBOLINI
Senior U.S. District Judge

Date: November 12, 2002

