IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES,
GLORIA M. PILLOT, ET ALS
   Plaintiffs

vs.                                  CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES CORP.,
UNION INDEPENDIENTE DE TRABAJADORES
DE AEROPUERTOS
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: January 24, 2003<br>Docket: #65<br>[x] Plaintiff  [] Defendants  [] Joint<br><br>Title: Motion to Withdrawal Legal Representation | **GRANTED AS REQUESTED.** |

GILBERTO GIERBOLINI
U.S. District Judge

Date:   January 28, 2003

| Rec'd: | EOD: |
|---|---|
| By: | # 66 |


3