IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES,
GLORIA M. PILLOT, ET ALS
   Plaintiffs

vs.                                     CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES CORP.,
UNION INDEPENDIENTE DE TRABAJADORES
DE AEROPUERTOS
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 26, 2003<br>**Docket:** #67<br>[x] **Plaintiffs**  [ ] **Defendants**  [ ] **Joint**<br><br>**Title:** Motion Requesting Extension of Time | **GRANTED until March 26, 2003.** No further extensions will be granted. |

GILBERTO GIERBOLINI
U.S. District Judge

Date: February 28, 2003

Rec'd:         EOD:

By: _____ #68



3