IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES,
GLORIA M. PILLOT, ET ALS
  Plaintiffs

vs.

CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES CORP.,
UNION INDEPENDIENTE DE TRABAJADORES
DE AEROPUERTOS
  Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: March 26, 2003<br>Docket: #69<br>[x] Plaintiffs [] Defendants [] Joint<br><br>Title: Motion Requesting Extension of Time | GRANTED until April 26, 2003. No further extensions will be granted. |

GILBERTO GIERBOLINI
U.S. District Judge

Date: April 14, 2003

Rec'd:    EOD:

By:  # 70