IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES,
GLORIA M. PILLOT, ET ALS
   Plaintiffs

vs.

AIRPORT CATERING SERVICES CORP.,
UNION INDEPENDIENTE DE TRABAJADORES
DE AEROPUERTOS
   Defendants

CIVIL NO. 98-2092 (GG)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: May 8, 2003<br>Docket: #72<br>[x] Plaintiffs  [] Defendants  [] Joint<br><br>Title: Motion Assuming Legal Representation of 22 Additional Co-plaintiffs and Joining the Request for Temporary Stay of the Action, Etc. | NOTED. |

GILBERTO GIERBOLINI
U.S. District Judge

Date: May 12TH, 2003

Rec'd:      EOD:

By:    #73