IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES,
GLORIA M. PILLOT, ET ALS
  Plaintiffs

vs.                                                    CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES CORP.,
UNION INDEPENDIENTE DE TRABAJADORES
DE AEROPUERTOS
  Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 28, 2003<br>**Docket:** #71<br>[x] Plaintiffs  [] Defendants  [] Joint<br><br>**Title:** Motion Assuming Legal Representation of Certain Co-plaintiffs and in Request of Stay of the Action for 30 Days, Etc. | New Legal Representation, **NOTED.** Case will be **STAYED until June 13, 2003** for the remaining unrepresented plaintiffs to obtain new legal representation. Attorney Juan R. Zalduondo Viera is **ORDERED** to notify by May 13, 2003, this Order and that of January 28, 2003, to all those plaintiffs that were not notified by him of the January 28, 2003 Order. Attorney Zalduondo must show compliance with the present Order by May 15, 2003. |

Date: May /2th, 2003

GILBERTO GIERBOLINI
U.S. District Judge

Rec'd:            EOD:

By:  /\    # 74

for Juan Zalduondo
5/13/03