IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELISEO RIVERA CORTES, ET ALS<br>    Plaintiffs<br><br>    v.<br><br>AIRPORT CATERING SERVICES, ET ALS<br>    Defendants | CIVIL NO. 98-2092 (GG)<br>CIVIL NO. 98-2128 |

### ORDER TO SHOW CAUSE

On May 12, 2003, we ordered counsel Juan Zalduondo to notify said order and that of January 28, 2003 to all those plaintiffs that were not notified by him of the January 28, 2003 Order and to show compliance with the May 2003 Order by May 15, 2003. As of today approximately twenty five (25) days have elapsed without counsel Zalduondo having shown compliance with our clear order.

**WHEREFORE,** in view of the above, counsel Zalduondo is hereby **ORDERED TO SHOW CAUSE** by **June 16, 2003,** why sanctions should not be imposed upon him personally for failing to comply with a strict order of this court.

**SO ORDERED.**

San Juan, Puerto Rico, this 9th day of June, 2003.

GILBERTO GIERBOLINI
U.S. District Judge