# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET ALS.
    Plaintiffs

vs.                                                                                                     CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 3, 2002<br>**Docket:** #75<br>[x] **Plffs**  [] **Defts**  [] **Joint**<br>**Title:** Motion Assuming Legal Representation of 7 Additional Co-plaintiffs | NOTED. |

Date: June 9, 2003

GILBERTO GIERBOLINI
U.S. District Judge

Rec'd:          EOD:

By:             #77