UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET ALS.
    Plaintiffs

vs.                                                                              CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 20, 2003<br>**Docket:** #78<br>[x] **Plffs**  [] **Defts**  [] **Joint**<br>**Title:** Motion to Show Cause | **NOTED.** Order to Show Cause is **VACATED AND SET ASIDE.** Request for an extension of time, is **GRANTED AS REQUESTED.** |

**Date:** June 23, 2003

GILBERTO GIERBOLINI
U.S. District Judge

Rec'd:    EOD:

By: /\     # 79