UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET ALS.
    Plaintiffs

vs.

CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES
    Defendants



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 27, 2003<br>**Docket:** #80<br>[x] **Plffs**  [] **Defts**  [] **Joint**<br>**Title:** Informative Motion | NOTED. |

**Date:** June 30, 2003

GILBERTO GIERBOLINI
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

