UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ELISEO RIVERA CORTES, ET ALS.
    Plaintiffs

vs.                                                      CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 26, 2003<br>**Docket:** #84<br>[x] **Plffs**  [] **Defts**  [] **Joint**<br>**Title:** Motion Assuming Legal Representation of Three Additional co-plaintiffs | NOTED. |

Date:  August 28, 2003

                                                GILBERTO GIERBOLINI
                                                U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | #85 |