UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET ALS.
    Plaintiffs

vs.                                          CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 15, 2003<br>**Docket:** #86<br>[x] **Plffs**  [] **Defts**  [] **Joint**<br>**Title:** Motion Assuming Legal Representation of Four Additional co-plaintiffs | **NOTED AND GRANTED AS REQUESTED.** |

| MOTION | RULING |
|---|---|
| **Date Filed:** October 15, 2003<br>**Docket:** #87<br>[x] **Plffs**  [] **Defts**  [] **Joint**<br>**Title:** Motion Requesting Staying Proceedings Until the Complete File of the Case is Delivered to Plaintiffs | **GRANTED.** Counsel Zalduondo to provide missing documents by **November 10, 2003.** Failure to timely comply will cause the imposition of economic sanctions upon him. |

**Date:**  October 23, 2003

                             GILBERTO GIERBOLINI
                             U.S. District Judge

Rec'd:           EOD:

By:           #88