UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET ALS.
    Plaintiffs

vs.                                                         CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES, CORP. ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 4, 2003<br>**Docket:** #89<br>[ ] **Plffs**      [X] **Defts**<br>**Title:** Informative Motion | NOTED. |

 

**Date:** November 7, 2003

GILBERTO GIERBOLINI
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

