IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET ALS
    Plaintiffs

v.

AIRPORT CATERING SERVICES, ET ALS
    Defendants

CIVIL NO. 98-2092 (GG)
CIVIL NO. 98-2128

## ORDER

On November 14, 2003, the defendants filed a motion informing that twenty-two (22) co-plaintiffs over which counsel Mellado has assumed legal representation are not a party to the present controversy because they did not appear on the list of plaintiffs enumerated in the complaint. (Docket entry #91). We have carefully examined the entire record before us and we find that Virginia Delgado Borges (#187), Fidel Soto García (#113) and Luis Burgos Ramos (#130) were named in the Second Amended Complaint. **See**, docket entry #22. However, the remaining individuals mentioned in the motion do not appear in the Second Amended Complaint.

**WHEREFORE**, in view of the above, counsel Mellado is hereby **ORDERED TO SHOW CAUSE** in writing, by **November 26, 2003**, why sanctions should not be imposed upon him for having assumed the legal representation over individuals who are not a party to this action.

**SO ORDERED.**

San Juan, Puerto Rico, this 20th day of November, 2003.

GILBERTO GIERBOLINI
U.S. District Judge