UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET ALS.
    Plaintiffs

vs.                                                          CIVIL NO. 98-2092 (GG)

AIRPORT CATERING SERVICES
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 26, 2003<br>**Docket:** #93<br>[x] **Plffs**  [] **Defts**  [] **Joint**<br>**Title:** Motion for Brief Enlargement of Time to Show Cause | **MOOT** |

| MOTION | RULING |
|---|---|
| **Date Filed:** December 1, 2003<br>**Docket:** #94<br>[x] **Plffs**  [] **Defts**  [] **Joint**<br>**Title:** Motion of Withdrawal of Legal Representation of Persons Designated as Plaintiffs in Error by the Undersigned Attorney Upon Assuming Their Legal Representation in this case and to Show Cause | **GRANTED.** Order to Show Cause is VACATED AND SET ASIDE. Nonetheless, counsel Mellado must submit, by December 15, 2003, a complete list of those plaintiffs that he is presently representing. |

Date: December 4, 2003

GILBERTO GIERBOLINI
U.S. District Judge

Rec'd:          EOD:

By: # 95

