# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET ALS.
    Plaintiffs

vs.

AIRPORT CATERING SERVICES, CORP. ET ALS.
    Defendants

CIVIL NO. 98-2092 (GG)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 15, 2003<br>**Docket:** #96<br>[x] **Plffs**      [X] **Defts**<br>**Title:** Motion to Comply with December 1st, 2003 Order Attaching a Complete List of Plaintiffs Represented by the Undersigned Counsel | NOTED. |

Date: December 19, 2003

GILBERTO GIERBOLINI
U.S. District Judge

Rec'd:    EOD:

By:    #


