IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
ELISEO RIVERA-CORTES, et al      *
                                 *
Plaintiffs                       *
                                 *
vs.                              *      CIVIL NO. 98-2092 (GG)
                                 *
AIRPORT CATERING SERVICES,       *
INC., et al                      *
                                 *
Defendants                       *
---------------------------------*
```

## MEMORANDUM OF THE CLERK

Due to the recent retirement of Senior Judge Gilberto Gierbolini, this case has been reassigned within the Case Assignment System to **Judge Jay A. García-Gregory.**

All future filings shall bear Judge García-Gregory's initials next to the case number: **Civil No. 98-2092(JAG).**

San Juan, Puerto Rico, April 15, 2004.

**FRANCES RIOS DE MORAN, ESQ.**
**Clerk of Court**

**S/ Laura E. Rivera**
**Laura E. Rivera**
**Operations Manager**