IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, et al.,

    Plaintiffs,

    v.                                              CIVIL NO. 98-2092 (JAG)

AIRPORT CATERING SERVICES CORP., et al.,

    Defendants.

**ORDER**

    The Court has recently referred above-captioned defendant's Motion for Summary Judgment for report and recommendation (Docket No. 35).

    Upon receipt of the voluminous record, this Magistrate Judge notices that some of the documents in support of the motion and of the statements of uncontested facts, as well as those included with plaintiff's opposition were filed in Spanish.[1]

    The law incontrovertibly demands that federal litigation in Puerto Rico be conducted in English. 48 U.S.C.A. § 864. In collecting a record for summary judgment, a Puerto Rico District Court must sift out non-English materials, and parties should submit only English-language materials. FRCP 56; 48 U.S.C.A. § 864; <u>Estades-Negroni v. Associates Corp. of North America</u>, 359 F.3d 1 (1st Cir. 2004); <u>González-De-Blasini v. Family Dept.</u>, 377 F.3d 81 (1st Cir. 2004).

    Thus, the parties are granted twenty (20) days to submit any additional translated portions in English or seek an extension, if necessary, so they may file the translation of any

---

[1] Notice is taken, however, that the parties requested authorization to file documents in the Spanish language (Docket No. 36, 62). The defendant submitted that all the releases contained the same general language and thus, only one certified translation in English was accompanied. On the other hand, defendant submitted documents of the Puerto Rico Labor Relations Board in Spanish.

Eliseo Rivera Cortes, et al. v. Airport Catering Services Corp., et al.
Order
Civil No. 98-2092 (JAG)
Page 2

relevant portion or attachment to their motions or pleadings that are now pending before this Magistrate Judge for report and recommendation. Upon expiration of said term, without any action thereof, the issues will be deemed submitted and any untranslated document will not be considered.

    It is so ordered.

    San Juan, Puerto Rico, this 8th day of November of 2004.

                        S/ CAMILLE L. VELEZ RIVE
                          CAMILLE L. VELEZ RIVE
                            UNITED STATES MAGISTRATE JUDGE