UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Eliseo Rivera Cortés, et als**<br>Plaintiff<br><br>Vs.<br><br>**Airport Catering Services, Corp**., et als<br>Defendants | Civil # 98-2092 (GG) |

## MOTION ASSUMING LEGAL REPRESENTATION OF 4 ADDITIONAL CO-PLAINTIFFS

TO THE HONORABLE COURT:

NOW COMES the undersigned attorney on behalf of 4 co-plaintiffs whose names are **Vilma Alejandro Candelario, José Ramón Betancourt Nazario, Carlos Rodríguez Vélez y César Román González** and very respectfully state and pray as follow:

1. The co-plaintiffs identified in the appearance to this motion have retained the services of the undersigned attorney to represent them in further proceedings in this case.

2. The appearing co-plaintiffs hereby incorporate by reference as if set forth at length herein paragraph 2, 3, 4 and 5 of the "Motion Assuming Legal Representation of Certain Co-plaintiffs, etc." of April 28, 2003 and join the prayers therein made.

WHEREFORE, it is very respectfully prayed from this Honorable Court to acknowledge and permit the legal representation of the appearing co-plaintiffs by the undersigned counsel.

Respectfully submitted, in San Juan, Puerto Rico this 22nd day of November, 2004.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/EFC system, which will send notification of such filing to the following attorneys: **Fernando A. Baerga, Esq.**; **José Carreras, Esq**. and **Nereida Feliciano Ramos, Esq**.

        **S/ LUIS R. MELLADO GONZALEZ**
        **USDC-PR 116714**
        Attorney for Plaintiffs
        LAW OFFICES LUIS R. MELLADO GONZALEZ
        239 ARTERIAL HOSTOS SUITE 404
        SAN JUAN, PUERTO RICO 00918-1475
        TELEPHONE (787) 767-2543
        FAX (787) 767-2575
        EMAIL: lmellado@coqui.net