IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, et al.,

    Plaintiffs,

    v.

AIRPORT CATERING SERVICES CORP., et al.,

    Defendants.

CIVIL NO. 98-2092 (JAG)

**ORDER**

Co-defendant Airport Catering Services Corp. ("Airport Catering") filed a Motion in Compliance with Order (Docket No. 102) requesting a five (5) days extension of time to submit therein itemized list of translation of documents to be considered part of the Motion for Summary Judgment (Docket No. 35). The request for extension is GRANTED.

Airport Catering also indicates it will need a thirty (30) day extension if ordered to submit the translation of the general releases the Court previously authorized to be filed in Spanish since all contained the same general language.

Airport Catering is aware, as previously indicated in the order of this Magistrate Judge of November 8, 2004 (Docket No. 100), that at this juncture the law is pellucidly clear that federal litigation in Puerto Rico to be conducted in English. 48 U.S.C.A. § 864. In collecting a record for summary judgment, a Puerto Rico district court must sift out non-English materials and parties should submit only English-language materials. Fed.Rules Civ.Proc.Rule 56, 48 U.S.C.A. § 864; Estades-Negroni v. Associates Corp. of North America, 359 F.3d 1 (1st Cir. 2004); González-De-Blasini v. Family Dept., 377 F.3d 81 (1st Cir. 2004).

Eliseo Rivera Cortes, et al. v. Airport Catering Services Corp., et al.
Civil No. 98-2092 (JAG)
Order
Page 2

  Thus, Airport Catering is to submit translation of all documents, including the releases of pertinent parties that it considers relevant for the Court to resolve the issues pending disposition, as they become available.

  IT IS SO ORDERED.

  In San Juan, Puerto Rico, this 30th day of November of 2004.

         S/ CAMILLE L. VELEZ RIVE
          CAMILLE L. VELEZ RIVE
          UNITED STATES MAGISTRATE JUDGE