EXHIBIT C

Commonwealth of Puerto Rico
LABOR RELATIONS BOARD OF PUERTO RICO
P.O. Box 14427
Bo. Obrero Sta., Santurce, P.R. 00919-4427

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE CASES OF: | |
|---|---|
| AIRPORT CATERING SERVICES, CORP. And ELISEO RIVERA CORTES, GLORIA M. PILLOT ET AL | CASE: CA-97-90 |
| UNION INDEPENDIENTE DE TRABAJADORES DE AEROPUERTOS (U.I.T.A.) AND ELISEO RIVERA CORTES, GLORIA M. PILLOT ET AL | CASE: CA 97-91 |

**CERTIFICATION**

I, Myrta Canino Martínez, Secretary of the Labor Relations Board of Puerto Rico, CERTIFY:

That pursuant to Article 9(2)(b) of the Labor Relations Act of Puerto Rico, I enclose originals of the documents that form the complete file in the above captioned case.

| DOCUMENTS | PAGES |
|---|---|
| Answer to Complaint | 1-6 |

CERTIFIED To be a true and correct translation from its original. [signature]
AIDA TORRES, CERTIFIED INTERPRETER ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT. 11-30-04

Resolution of the Board of October 14, 1998 — 7-8

Notices for Removal — 9-13

Exhibit A — 14-45

Exhibit B — 46

Exhibit C — 47-125

Appeal from the United States District Court for the District of PR — 126-136

Judgment — 137-138

Letter — 139

Notice of Filing of Notice of Removal to U.S. District Court — 140-141

Request for list of complainants involved in this case — 142-143

Notice of Filing of Notice of Removal in the U.S. District Court — 144-145

Resolution of October 14, 1998 — 146-147

Motion of October 7, 1998 of the Union — 148-149

Request to deem Allegations admitted — 150-152

Resolution of Board of October 1, 1998 — 153-154

Motion regarding Additional Professional Representation — 155-156

Notification of Notice — 157-158

Notice of Hearing — 159

Designation of Examining Officer — 160


CERTIFIED To be a true and
lation from its original
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT. 11-30-04

| | |
|---|---|
| Complaint | 161-166 |
| Order for Consolidation | 167-168 |
| Resolution of Board of June 12, 1998 | 169-170 |
| Amended Charge CA-97-90 | 171 |
| Amended Charge CA-97-91 | 172 |
| Charge CA-97-90 | 173 |
| Charge CA-97-91 | 174 |
| Letter | 175 |


In San Juan, Puerto Rico, October 28, 2002.

/illegible signature/
Myrta Canino Martínez
Secretary of the Board
(Seal of Board affixed)

CERTIFIED To be a true and correct translation from its original [signature]
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT. 11-30-04




ESTADO LIBRE ASOCIADO DE PUERTO RICO
**JUNTA DE RELACIONES DEL TRABAJO DE PUERTO RICO**
P.O. BOX 14427
BO. OBRERO STA., SANTURCE, P. R. 00916-4427

TEL. 765-3535

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EN LOS CASOS DE:<br><br>AIRPORT CATERING SERVICES, CORP.<br><br>-Y-<br><br>ELISEO RIVERA CORTES, GLORIA M PILLOT Y OTROS | CASO: CA-97-90 |
| UNIÓN INDEPENDIENTE DE TRABAJADORES DE AEROPUERTO<br><br>-Y-<br><br>ELISEO RIVERA CORTES, GLORIA M. PILLOT Y OTROS | CASO: CA-97-91 |

## CERTIFICACIÓN

Yo, Myrta Canino Martínez, Secretaria de la Junta de Relaciones del Trabajo de Puerto Rico, CERTIFICO:

Que de conformidad con el Artículo 9 (2) (b) de la Ley de Relaciones del Trabajo de Puerto Rico, incluyo originales de los documentos que forman el expediente completo en el caso de epígrafe.

| **DOCUMENTOS** | **PÁGINAS** |
|---|---|
| Answer to Complaint | 1-6 |
| Resolución de Junta del 14 de octubre de 1998 | 7-8 |
| Notices for Removal | 9-13 |
| Exhibit A | 14-45 |
| Exhibit B | 46 |
| Exhibit C | 47-125 |
| Appeal from the United State District Court for the District of PR | 126-136 |
| Judgment | 137-138 |

| | |
|---|---|
| Letter | 139 |
| Aviso de Presentación de Notificación de Traslado al Tribunal Federal de Distrito | 140-141 |
| Solicitud de listado de los querellantes envueltos en el presente caso | 142-143 |
| Aviso de Presentación de Notificación de Traslado al Tribunal Federal de Distrito | 144-145 |
| Resolución 14 de octubre de 1998 | 146-147 |
| Moción 7 de octubre de 1998 de la Unión | 148-149 |
| Solicitud para que se den por admitidas las Alegaciones | 150-152 |
| Resolución de la Junta 1 de octubre de 1998 | 153-154 |
| Moción sobre Representación Profesional Adicional | 155-156 |
| Notificación de Aviso | 157-158 |
| Aviso de Audiencia | 159 |
| Designación Oficial Examinadora | 160 |
| Querella | 161-166 |
| Orden de Consolidación | 167-168 |
| Resolución de la Junta del 12 de junio de 1998 | 169-170 |
| Cargo Enmendado CA-97-90 | 171 |
| Cargo Enmendado CA-97-91 | 172 |
| Cargo CA-97-90 | 173 |
| Cargo CA-97-91 | 174 |
| Letter | 175 |

En San Juan, Puerto Rico, a 28 de octubre de 2002.

Myrta Canino Martínez
Secretaria de la Junta

