Commonwealth of Puerto Rico
LABOR RELATIONS BOARD OF PUERTO RICO
P.O. Box 14427
Bo. Obrero Sta., Santurce, P.R. 00919-4427

IN THE CASES OF:

AIRPORT CATERING SERVICES, CORP.            .
                                            .
       And                                  .   CASE: CA-97-90
                                            .
ELISEO RIVERA CORTES, GLORIA M. PILLOT      .
ET AL                                       .
. . . . . . . . . . . . . . . . . . . . . . .

UNION INDEPENDIENTE DE TRABAJADORES         .
DE AEROPUERTOS (U.I.T.A.)                   .
                                            .   CASE: CA 97-91
       AND                                  .
                                            .
ELISEO RIVERA CORTES, GLORIA M.             .
PILLOT ET AL                                .
. . . . . . . . . . . . . . . . . . . . . . .

RESOLUTION

On October 6, 1998 the representative of the Legal Division of the Board filed a "Request to deem Allegations Admitted" of the complaint against the union, case number CA-97-91. This petition was opposed by the legal representative of the Union through a Motion filed on October 13, since as of last October 8 it had notified the removal of the case to the United States District Court.

In view of the above,

CERTIFIED To be a true and correct translation from its original [signature]
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT. 11-30-04

EXHIBIT
d

WE RESOLVE

To **Deny** the Request of the Legal Division of October 6, 1998.

In San Juan, Puerto Rico, October 14, 1998.

/illegible signature/
Atty. Eugenio A. Guardiola Ramírez
President

NOTICE

I Certify that I have today sent a copy of this RESOLUTION by regular mail to:

1. ATTY. JUAN RAMON ZALDUONDO VIERA
   MIDTOWN BLDG. SUITE 101
   MUÑOS RIVERA 421
   HATO REY PR 00918

2. ATTY. FRANK ZORRILLA MALDONADO
   PO BOX 191783
   SAN JUAN PR 00919-1783

3. GLORIA M. PILLOT CORREA AND/OR
   ELISEO RIVERA CORTES
   PALMA REAL 123
   CAROLINA PR 00985

CERTIFIED To be a true and correct translation from its original. /signature/
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.  11-30-04

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RELACIONES DEL TRABAJO DE PUERTO RICO**
BO. OBRERO STA., SANTURCE, P. R. 00918-4427
P.O. BOX 14427
SANTURCE, P. R. 00918-4427

TEL. 765-3535

EN LOS CASOS DE:

AIRPORT CATERING SERVICES, CORP.    *    CASO: CA-97-90

   - Y -    *

ELISEO RIVERA CORTES, GLORIA M.    *
PILLOT Y OTROS    *

UNION INDEPENDIENTE DE TRABAJADORES    *
DE AEROPUERTO

   - Y -    *    CASO: CA-97-91

ELISEO RIVERA CORTES, GLORIA M.    *
PILLOT Y OTROS

R E S O L U C I O N

El 6 de octubre de 1998, la representación de la División Legal de la Junta radicó *Solicitud para que se den por Admitidas las Alegaciones* de la querella contra la unión, caso número CA-97-91. A esta petición se opuso la representación legal de la unión mediante Moción radicada el 13 de octubre por cuanto desde el pasado día 8 de octubre, había notificado el traslado del caso al Tribunal Federal de Distrito de Puerto Rico.

Por lo anterior,

S E R E S U E L V E

Declarar No Ha Lugar la Solicitud de la División Legal del 6 de octubre de 1998.

En San Juan, Puerto Rico, a 14 de octubre de 1998.

Lcdo. Eugenio A. Guardiola Ramirez
Presidente

N O T I F I C A C I O N

Certifico que en el día de hoy se ha enviado por correo ordinario copia de la presente RESOLUCION a:

1. LCDO JUAN RAMON ZALDUONDO VIERA
   EDIF MIDTOWN OFIC 101
   MUÑOZ RIVERA 421
   HATO REY PR 00918

2. LCDO FRANK ZORRILLA MALDONADO
   PO BOX 191783
   SAN JUAN PR 00919-1783

3. GLORIA M PILLOT CORREA Y/O
   ELISEO RIVERA CORTES
   PALMA REAL 123
   CAROLINA PR 00985