Commonwealth of Puerto Rico
LABOR RELATIONS BOARD OF PUERTO RICO
P.O. Box 14427
Bo. Obrero Sta., Santurce, P.R. 00919-4427

IN THE CASES OF:

AIRPORT CATERING SERVICES, CORP. . . . . . . . . . . . . . . . . CASE: CA-97-90

And

ELISEO RIVERA CORTES, GLORIA M. PILLOT
ET AL
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

UNION INDEPENDIENTE DE TRABAJADORES
DE AEROPUERTOS (U.I.T.A.) . . . . . . . . . . . . . . . . . . . . . . . CASE: CA 97-91

AND

ELISEO RIVERA CORTES, GLORIA M.
PILLOT ET AL
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

ORDER FOR CONSOLIDATION

Pursuant to Article 11, Section 5(a) of Regulation Number 2 of the Labor Relations Board of Puerto Rico, we hereby order the consolidation of the above captioned cases for purposes of the Complaint, Hearing, Decision and Order and other necessary proceedings.

In San Juan, Puerto Rico, June 17, 1998.

(Illegible signature)
Atty. Luis R. Nevares Zavala
President

CERTIFIED To be a true and correct trans-
lation from its original  /s/ Aida Torres   12-1-04
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.

EXHIBIT e

(Illegible signature)
Mrs. Ada Rosario Rivera
Associate Member

(Illegible signature)
Atty. Héctor M. Aponte Ortiz
Associate Member

NOTICE

I certify that I have today sent by regular mail a copy of this ORDER FOR CONSOLIDATION to:

1. ATTY. JUAN RAMON ZALDUONDO VIERA
   MIDTOWN BLDG. SUITE 101
   MUÑOS RIVERA 421
   HATO REY PR 00918

2. ATTY. FRANK ZORRILLA MALDONADO
   PO BOX 191783
   SAN JUAN PR 00919-1783

3. GLORIA M. PILLOT CORREA AND/OR
   ELISEO RIVERA CORTES
   PALMA REAL 123
   CAROLINA PR 00985

4. RAFAEL ROSADO
   CASE COORDINATOR
   URB. SAN AGUSTIN
   MARGINAL 25, SECOND FLOOR
   65TH INFANTRY ROAD
   RIO PIEDRAS, P.R. 00926

6. EFRAIN MENDEZ, PRESIDENT
   STEERING COMMITTEE FORMER EMPLOYEES
   AIRPORT CATERING SERVICES INC.
   VISTAMAR PLAZA B-77
   CAROLINA PR 00983

CERTIFIED To be a true and correct translation from its original
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.
12-1-04

2

7. ATTY. FERNANDO A. BAERGA IBAÑEZ
   UNION PLAZA BLDG. SUITE 810
   416 PONCE DE LEON AVE.
   HATO REY PR 00918

8. ATTY. NEREIDA FELICIANO RAMOS
   DIRECTOR, LEGAL DIVISION
   LABOR RELATIONS BOARD
   OF PUERTO RICO (HAND DELIVERED)

In San Juan, Puerto Rico, September 9, 1998.

          Leonor Rodríguez Rodríguez
          Secretary of the Board

Por: s/María Ruiz Badea
     María Ruiz Badea
     Clerk

(Seal of the Board affixed)

rvf

CERTIFIED To be a true and correct translation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.  12-01-04

NOV-30-2004 04:20    FROM:CURBELO BAERGA Y QUI 7877565796    TO:7877239488    P:2/5



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RELACIONES DEL TRABAJO DE PUERTO RICO**
P.O. BOX 14427
BO. OBRERO STA. SANTURCE, P.R. 00916-4427

TEL 765-3535

EN LOS CASOS DE:

AIRPORT CATERING SERVICES            *
                                     *    CASO: CA-97-90
        - Y -                        *
                                     *
ELISEO RIVERA CORTES, GLORIA         *
M. PILLOT Y OTROS                    *
                                     *
UNION INDEPENDIENTE DE               *
TRABAJADORES DE AEROPUERTOS          *
                                     *    CASO: CA-97-91
        - Y -                        *
                                     *
ELISEO RIVERA CORTES, GLORIA         *
M. PILLOT Y OTROS                    *

**ORDEN DE CONSOLIDACION**

De conformidad con el Artículo II, Sección 5(a) del Reglamento Número 2 de la Junta de Relaciones del Trabajo de Puerto Rico, por la presente se ordena la consolidación de los casos de epígrafe a los fines de Querella, Audiencia, Decisión y Orden y demás trámites necesarios.

En San Juan, Puerto Rico, a 17 de junio de 1998.

Ledo. Luis A. Nevares Zavala
Presidente

Lcda. Ma. Rosario Rivera
Miembro Asociado

Lcdo. Héctor M. Amonte Ortiz
Miembro Asociado

**N O T I F I C A C I O N**

Certifico que en el día de hoy se ha enviado por correo ordinario copia de la presente ORDEN DE CONSOLIDACION a:

1. LCDO JUAN RAMON ZALDUONDO VIERA
   EDIF MIDTOWN OFIC 101
   MUÑOZ RIVERA 421
   HATO REY PR 00918

2. LCDO FRANK ZORRILLA MALDONADO
   PO BOX 191783
   SAN JUAN PR 00919-1783

MAR-18-2000 SAT 20:00    TEL:7877239488    NAME:JAGUAR PR    P. 2

2

3. GLORIA M PILLOT CORREA Y/O
   ELISEO RIVERA CORTES
   PALMA REAL 123
   CAROLINA PR 00985

4. RAFAEL ROSADO
   COORDINADOR DE CASOS
   URB SAN AGUSTIN
   MARGINAL 25 ALTOS
   65TH INFANTERIA
   RIO PIEDRAS PR 00924

6. EFRAIN MENDEZ, PRESIDENTE
   COMITE TIMON EX-EMPLEADO
   AIRPORT CATERING SERVICES INC
   VISTAMAR PLAZA B-77
   CAROLINA PR 00983

7. LCDO FERNANDO A BAERGA IBAÑEZ
   EDIF PLAZA UNION SUITE 810
   415 AVE PONCE DE LEON
   HATO REY PR 00918

8. LCDA NEREIDA FELICIANO RAMOS
   DIRECTORA, DIVISION LEGAL
   JUNTA DE RELACIONES DEL TRABAJO
   DE PUERTO RICO (A LA MANO)

En San Juan, Puerto Rico, a 9 de septiembre de 1998

Leonor Rodríguez Rodríguez
Secretaria de la Junta

Por: María Ruiz Badea
     Secretaria

ivf