000140

COMMONWEALTH OF PUERTO RICO
LABOR RELATIONS BOARD OF PUERTO RICO

IN THE CASE OF:
Airport Catering Services

        Respondent        CASE NO. CA 97-90

    and

Eliseo Rivera Cortes, Gloria M.
Pillot et Al

        Complainants

.....................

**NOTICE OF FILING OF "NOTICE OF REMOVAL" TO THE
U.S. DISTRICT COURT**

TO THE HONORABLE BOARD:

COMES NOW Airport Catering Services, Corp. ("ACS") through the undersigned legal representative and very respectfully states and prays:

1. On September 11, 998, ACS received a copy of the Complaint filed by the above captioned complainants.

2. Pursuant to the provisions of 28 U.S.C. §1446, ACS has removed the above captioned claim to the U.S. District Court for the District of Puerto Rico. See Exhibit 1, "Notice for Removal" of September 29, 1998, which has been previously filed with the Clerk of the United States District Court.

CERTIFIED To be a true and correct translation from its original
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.   12-01-04

EXHIBIT f

2

3. Pursuant to the provisions of 28 U.S.C. §1446, this Notice of Filing of "Notice of Removal" with the United States District Court has the purpose of concluding the removal of this case to the Federal Court, wherefore this Honorable Board will lack jurisdiction to continue entertaining the above captioned Complaint unless, and until, the same is remanded by the Federal Court.

4. In attention to this it is requested that this Honorable Court take note of the removal made and of its legal consequences.

In San Juan, Puerto Rico, today September 30, 1998.

RESPECTFULLY SUBMITTED.

I CERTIFY: Having sent a true and correct copy of this document by certified mail, return receipt requested, to Mr. José Carreras, Esq., Midtown Building, Suite 206, Muñoz Rivera Avenue 421, Hato Rey, Puerto Rico 00918; Mr. Juan R. Zalduondo Viera, Esq., Midtown Building, Suite 101, Muñoz Rivera Avenue 421, Hato Rey, Puerto Rico 00918; Mr. Frank Zorrilla Maldonado, P.O. Box 191783, San Juan, Puerto Rico 00919-1783; Mrs. Gloria M. Pillot Correa and/or Mr. Eliseo Rivera Cortés. Palma Real 123, Carolina, Puerto Rico 00985; Mr. Rafael

CERTIFIED To be a true and correct translation from its original. AIDA TORRES, CERTIFIED INTERPRETER ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT. 12-01-04

3

Rosado, San Agustín, Marginal 25 (second floor), 65th Infantry Avenue, Río Piedras Puerto Rico 00924; and Mr. Efraín Méndez, Steering Committee of Former Employees, Airport Catering Services, Inc., Vistamar Plaza B-77, Carolina, Puerto Rico 00983.

CURBELO & BAERGA
Union Plaza Building
Suite 810
416 Ponce de León Avenue
Hato Rey, Puerto Rico 00918
Tel. 753-7455/fax 756-5796

/illegible signature/
Fernando A. Baerga Ibáñez
P.R. Bar Assn. No. 11,905

/illegible signature/
Reynaldo A. Quintana Latorre
PR Bar Assn. 12,638

CERTIFIED To be a true and correct trans-
lation from its original. [signature]
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.  12-01-04

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RELACIONES DEL TRABAJO DE PUERTO RICO

EN EL CASO DE:

Airport Catering Services

    Querellado

    y

Eliseo Rivera Cortés, Gloria M.
Pillot y otros

    Querellantes

CASO NUM. CA-97-90

AVISO DE PRESENTACION DE "NOTIFICACION DE TRASLADO"
AL TRIBUNAL FEDERAL DE DISTRITO

A LA HONORABLE JUNTA:

COMPARECE Airport Catering Services, Corp., ("ACS") por conducto de la representación legal que suscribe, y muy respetuosamente expone y solicita:

1. El 11 de septiembre de 1998, ACS recibió copia de la Querella que presentaran los querellantes en el caso de epígrafe.

2. A tenor con las disposiciones de 28 U.S.C. § 1446, ACS ha trasladado ("removed") la reclamación de epígrafe al Tribunal Federal de Distrito para el Distrito de Puerto Rico. Véase Exhibit 1, "Notice for Removal" (Notificación de Traslado) del 29 de septiembre de 1998, la cual ha sido previamente presentada en la Secretaría del Tribunal de Distrito Federal.

3. Conforme a las disposiciones de 28 U.S.C. § 1446, el presente Aviso de Presentación de "Notificación de Traslado" al Tribunal Ferderal de Distrito tiene el propósito de concretar el traslado ("removal") de este caso al Tribunal Federal, por lo cual esta Honorable Junta carecerá de jurisdicción para continuar atendiendo la

Querella de epígrafe, a menos que, y hasta tanto, la misma sea devuelta ("remanded") por el Tribunal Federal.

4. En atención a ello, se solicita de esta Honorable Junta que tome conocimiento del traslado efectuado y sus consecuencias legales.

En San Juan, Puerto Rico, hoy 30 de septiembre de 1998.

RESPETUOSAMENTE SOMETIDA.

CERTIFICO: Haber enviado copia fiel y exacta del presente escrito por correo certificado con acuse de recibo al Lcdo. José Carreras, Edificio Midtown, Oficina 206, Avenida Muñoz Rivera 421, Hato Rey, Puerto Rico 00918; Lcdo. Juan R. Zalduondo Viera, Edificio Midtown, Oficina 101, Avenida Muñoz Rivera 421, Hato Rey, Puerto Rico 00918; Lcdo. Frank Zorrilla Maldonado, P.O. Box 191783, San Juan, Puerto Rico 00919-1783; Sra. Gloria M. Pillot Correa y/o Sr. Eliseo Rivera Cortés, Palma Real 123, Carolina, Puerto Rico 00985; Sr. Rafael Rosado, San Agustín, Marginal 25 (altos), Avenida 65 de Infantería, Río Piedras, Puerto Rico 00924; y el Sr. Efraín Méndez, Comité Timón Ex-empleados, Airport Catering Services, Inc., Vistamar Plaza B-77, Carolina, Puerto Rico 00983.

CURBELO & BAERGA
Edificio Unión Plaza
Oficina 810
Avenida Ponce de León 416
Hato Rey, Puerto Rico 00918
Tel. 753-7455/fax 756-5796

Fernando A. Baerga Ibáñez
Colegiado Núm. 11,905

Reynaldo A. Quintana Valorre
Colegiado Núm. 12,638