COMMONWEALTH OF PUERTO RICO
LABOR RELATIONS BOARD OF PUERTO RICO

IN THE CASE OF:

Airport Catering Services

        Respondent     . . . . .

and                        . . . . .   CASE NO. CA 97-90

Eliseo Rivera Cortes, Gloria M.
Pillot et Al

        Complainant     . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**REQUEST FOR LIST OF COMPLAINANTS
INVOLVED IN THIS CASE**

TO THE HONORABLE LABOR RELATIONS BOARD:

COMES NOW Airport Catering Services, Corp. ("ACS") through the undersigned legal representative and very respectfully states and prays:

1. That this case has been removed to the Federal Court for continuation of all ulterior proceedings.

2. Notwithstanding this, neither from the complaint or from any official document that has been notified to the herein appearing party, do the names of all the complainants involved in the case arise, since only two are indicated and the rest are designed as **"et al"**.

CERTIFIED To be a true and correct translation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT. 11-30-04

EXHIBIT g

2

3. That the request for removal to the Federal Court does not contain the names of all the complainants due to the situation stated above.

4. That the Federal Court has requested from the herein appearing party that it notify the names of all the complainants to make the corresponding adjustments in caption of the federal case.

5. We request from this Honorable Court that we be indicated said names to proceed as requested by the Federal Court.

In San Juan, Puerto Rico, today October 7, 1998.

RESPECTFULLY SUBMITTED.

I CERTIFY: Having sent a true and correct copy of this document by certified mail, return receipt requested to Mr. José Carreras, Esq., Midtown Building, Suite 206, Muñoz Rivera Avenue 421, Hato Rey, Puerto Rico 00918; Mr. Juan R. Zalduondo Viera, Esq., Midtown Building, Suite 206,. Muñoz Rivera Avenue 421, Hato Rey, Puerto Rico 00918; Mr. Frank Zorrilla Maldonado, P.O. Box 191783, San Juan, Puerto Rico 00919-1783; Mrs. Gloria M. Pillot Correa and/or Mr. Eliseo Rivera Cortés. Palma Real 123, Carolina, Puerto Rico 00985; Mr. Rafael

CERTIFIED To be a true and correct translation from its original. [signature]
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.
11-30-04

3

Rosado, San Agustín, Marginal 25 (second floor), 65th Infantry Avenue, Río Piedras Puerto Rico 00924; and Mr. Efraín Méndez, Steering Committee of Former Employees, Airport Catering Services, Inc., Vistamar Plaza B-77, Carolina, Puerto Rico 00983; Atty. Nereida Feliciano Ramos, Labor Relations Board of Puerto Rico, P.O. Box 14427, Barrio Obrero Station, Santurce, Puerto Rico.

CURBELO & BAERGA
Union Plaza Building
Suite 810
416 Ponce de León Avenue
Hato Rey, Puerto Rico 00918
Tel. 753-7455/fax 756-5796

/illegible signature/
Fernando A. Baerga Ibáñez
P.R. Bar Assn. No. 11,905

CERTIFIED To be a true and correct translation from its original /signature/
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.   11-30-04

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RELACIONES DEL TRABAJO DE PUERTO RICO**

EN EL CASO DE:

Airport Catering Services

    Querellado

y

Eliseo Rivera Cortés, Gloria M.
Pillot y otros

    Querellantes

CASO NUM. CA-97-90

98 OCT -7 PM 3:08

JUNTA DE RELACIONES DEL
TRABAJO DE PUERTO RICO

**SOLICITUD DE LISTADO DE LOS QUERELLANTES
ENVUELTOS EN EL PRESENTE CASO**

A LA HONORABLE JUNTA DE RELACIONES DEL TRABAJO:

COMPARECE Airport Catering Services, Corp., ("ACS") por conducto de la representación legal que suscribe, y muy respetuosamente expone y solicita:

1. Que el presente caso ha sido trasladado al Tribunal Federal para continuación de todo procedimiento ulterior.

2. No obstante, ni de la querella, ni de ningún documento oficial de los que han sido notificados a la aquí compareciente, surgen los nombres de todos los querellantes envueltos en el caso, pues tan solo se indican dos de ellos, y el resto se denomina "**otros**".

3. Que la solicitud de traslado al Tribunal Federal no contiene los nombres de todos los querellantes debido a la situación antes expuesta.

4. Que el Tribunal Federal ha solicitado a la aquí compareciente que le notifique los nombres de todos los querellantes para hacer los ajustes correspondientes en el epígrafe del caso federal.

5. Solicitamos de esta Honorable Junta se nos indiquen tales nombres para proceder según solicitado por el Tribunal Federal.

En San Juan, Puerto Rico, hoy 7 de octubre de 1998.

RESPETUOSAMENTE SOMETIDA.

CERTIFICO: Haber enviado copia fiel y exacta del presente escrito por correo certificado con acuse de recibo al Lcdo. José Carreras, Edificio Midtown, Oficina 206, Avenida Muñoz Rivera 421, Hato Rey, Puerto Rico 00918; Lcdo. Juan R. Zalduondo Viera, Edificio Midtown, Oficina 101, Avenida Muñoz Rivera 421, Hato Rey, Puerto Rico 00918; Lcdo. Frank Zorrilla Maldonado, P.O. Box 191783, San Juan, Puerto Rico 00919-1783; Sra. Gloria M. Pillot Correa y/o Sr. Eliseo Rivera Cortés, Palma Real 123, Carolina, Puerto Rico 00985; Sr. Rafael Rosado, San Agustín, Marginal 25 (altos), Avenida 65 de Infantería, Río Piedras, Puerto Rico 00924; y el Sr. Efraín Méndez, Comité Timón Ex-empleados, Airport Catering Services, Inc., Vistamar Plaza B-77, Carolina, Puerto Rico 00983; Lcda. Nereida Feliciano Ramos, Junta de Relaciones del Trabajo de Puerto Rico, P.O. Box 14427, Barrio Obrero Station, Santurce, Puerto Rico.

CURBELO & BAERGA
Edificio Union Plaza
Oficina 810
Avenida Ponce de León 416
Hato Rey, Puerto Rico 00918
Tel. 753-7455/fax 756-5796

Fernando A. Baerga Ibáñez
Colegiado Núm. 11,905