000144

COMMONWEALTH OF PUERTO RICO
LABOR RELATIONS BOARD OF PUERTO RICO

IN THE CASE OF:

UNION INDEPENDIENTE DE TRABAJADORES
DE AEROPUERTOS (U.I.T.A.)

    Respondent      · CASE NO. CA 97-91

AND

ELISEO RIVERA CORTES, GLORIA M.
PILLOT ET AL

    Complainant

...........................

NOTICE OF FILING OF "NOTICE OF REMOVAL"
TO THE U.S. DISTRICT COURT

TO THE HONORABLE BOARD:

COMES NOW the Unión Independiente de Trabajadores de Aeropuerto (UITA) through the undersigned legal representative, and very respectfully states and prays:

1. On September 11, 1998, UITA received a copy of the complaint filed by the complainants in the above captioned case.

2. Pursuant to the provisions of 28 U.S.C. §1466, this Notice of Filing of "Notice of Removal" to the United States District Court has the purpose of carrying out the removal of this case to the Federal Court, wherefore this Honorable Court

CERTIFIED To be a true and correct translation from its original [signature]
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.
11-30-04

EXHIBIT h

2

will lack jurisdiction to continue attending the above captioned Complaint unless and until it is remanded by the Federal Court.

4. Pursuant to this, it is requested from this Honorable Board that it take note of the removal made and its legal consequences.

In San Juan, Puerto Rico, today October 7, 1998.

Respectfully submitted.

000145

I CERTIFY: Having sent a true and correct copy of this document by certified mail, return receipt requested to Mr. Juan E. Curbelo, Union Plaza Bldg., 8th Floor, Suite 810, 416 Ponce de León Ave., Hato Rey, Puerto Rico 00918; Mr. Juan R. Zalduondo Viera, Esq., Midtown Building, Suite 206, Muñoz Rivera Avenue 421, Hato Rey, Puerto Rico 00918; Mr. Frank Zorrilla Maldonado, P.O. Box 191783, San Juan, Puerto Rico 00919-1783; Mrs. Gloria M. Pillot Correa and/or Mr. Eliseo Rivera Cortés. Palma Real 123, Carolina, Puerto Rico 00985; Mr. Rafael Rosado, San Agustín, Marginal 25 (second floor), 65th Infantry Avenue, Río Piedras Puerto Rico 00924; and Mr. Efraín Méndez, Steering Committee of Former Employees, Airport

CERTIFIED To be a true and correct translation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.
11-30-04

Catering Services, Inc., Vistamar Plaza B-77, Carolina, Puerto Rico 00983.

In San Juan, Puerto Rico on October 7, 1998.

/illegible signature/
JOSE E. CARRERAS ROVIRA
PR Bar Assn. No. 5977
Midtown Bldg., Suite 206
421 Muñoz Rivera Ave.
Hato Rey, Puerto Rico 00919
Telephone: 751-8995 Fax: 764-3206

CERTIFIED To be a true and correct translation from its original
[signature]
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.
11-30-04

3

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RELACIONES DEL TRABAJO DE PUERTO RICO

EN EL CASO DE:

UNION INDEPENDIENTE DE
TRABAJADORES DE AEROPUERTO
(UITA)

Querellado

Y

ELISEO RIVERA CORTES, GLORIA
M. PILLOT and others

Querellante

CASO NUM.: CA-97-91

AVISO DE PRESENTACION DE "NOTIFICACION DE TRASLADO"
AL TRIBUNAL FEDERAL DE DISTRITO

A LA HONORABLE JUNTA:

COMPARECE la Unión Independiente de Trabajadores de Aeropuerto (UITA) por conducto de la representación legal que suscribe, y muy respetuosamente expone y solicita:

1. El 11 de septiembre de 1998, UITA recibió copia de la Querella que presentaran los querellantes en el caso de epígrafe.

2. A tenor con las disposiciones de 28 U.S.C. $1446, ha trasladado ("removed") la reclamación de epígrafe al Tribunal Federal de Distrito para el Distrito de Puerto Rico. Véase Exhibit 1, "Notice for Removal" (Notificación de Traslado) del 7 de octubre de 1998, la cual ha sido previamente presentada en la Secretaría del Tribunal de Distrito Federal.

3. Conforme a las disposiciones de 28 U.S.C. $1446, el presente Aviso de Presentación de "Notificación de Traslado" al Tribunal Federal de Distrito tiene el propósito de concretar el traslado ("removal") de este caso al Tribunal Federal, por lo cual esta Honorable Junta carecerá de jurisdicción para continuar atendiendo la Querella de epígrafe, a menos que, y hasta tanto, la misma sea devuelta ("remanded") por el Tribunal Federal.

4. En atención a ello, se solicita de esta Honorable Junta que tome conocimiento del traslado efectuado y sus consecuencias legales.

Respetuosamente sometida.

En San Juan, Puerto Rico, hoy 7 de octubre de 1998.

000144

-2-

**CERTIFICO:** Haber enviado copia fiel y exacta del presente escrito por correo certificado con acuse de recibo al Lcdo. Juan E. Curbelo, Edif. Union Plaza, Piso 8, Ofic. 810, 416 Ponce de León Ave., Hato Rey, Puerto Rico 00918; Lcdo. Juan R. Zalduondo Viera, Edif. Midtown, Ofic. 101, Ave. Muñoz Rivera 421, Hato Rey, Puerto Rico 00918; Lcdo. Frank Zorrilla Maldonado, P.O. Box 191783, San Juan, Puerto Rico 00919-1783; Sra. Gloria M. Pillot Correa y/o Sr. Eliseo Rivera Cortés, Palma Real 123, Carolina, Puerto Rico 00985; Sr. Rafael Rosado, San Agustín, Marginal 25 (Altos), Ave. 65 de Infantería, Río Piedras, Puerto Rico 00924 y al Sr. Efraín Méndez, Comité Timón Ex-empleados, Airport Catering Services, Inc., Vistamar Plaza B-77, Carolina, Puerto Rico 00983.

En San Juan, Puerto Rico a 7 de octubre de 1998.

*[signature]*

JOSE E. CARRERAS ROVIRA
Colegiado Núm. 5977
Edif. Midtown, Ofic. 206
Ave. Muñoz Rivera 421
Hato Rey, Puerto Rico 00919
Teléfono: 751-8995 Fax: 763-3206

000145