Commonwealth of Puerto Rico
LABOR RELATIONS BOARD OF PUERTO RICO
P.O. Box 14427
Bo. Obrero Sta., Santurce, P.R. 00919-4427

IN THE CASES OF:

AIRPORT CATERING SERVICES, CORP.  · ·
· ·
And · · CASE: CA-97-90
· ·
ELISEO RIVERA CORTES, GLORIA M. PILLOT · ·
ET AL · ·
·······················································
UNION INDEPENDIENTE DE TRABAJADORES · ·
DE AEROPUERTOS (U.I.T.A.) · ·
· · CASE: CA 97-91
AND · ·
· ·
ELISEO RIVERA CORTES, GLORIA M. · ·
PILLOT ET AL · ·
·······················································

RESOLUTION

On September 30 and October 8, 1998, the employer and the respondent union, respectively, removed the above captioned case to the Honorable U.S. District Court for the District of Puerto Rico, filing before us the Notice of Filing of Notice of removal pursuant to the provisions of 28 U.S.C. 1446. Thus the jurisdiction passes to the federal court where the

CERTIFIED To be a true and correct translation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.
11-30-04

EXHIBIT
1

2

controversy will be decided, unless said forum remands the cases.

On the other hand, the legal representation of the employer filed on October 7 a "Request for a List of the Complainants involved in this case."

Taking into consideration that the employer exercised its right to remove the case and that the complainants have their own legal representative, and also that the co-respondents also removed the case,

IT IS RESOLVED

1. To deny the employer's request, which should be processed through the federal forum with the attorneys for complainants.

2. Inform the complainants of the availability of the files in order to process the same in the federal court.

3. Order the closing of the above captioned cases.

Thus was agreed by the Board and signed by the President.

In San Juan, Puerto Rico, October 14, 1998.

/illegible signature/
Atty. Eugenio A. Guardiola Ramírez
President

CERTIFIED To be a true and correct trans-lation from its original /signature/
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.
11-30-04



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**JUNTA DE RELACIONES DEL TRABAJO DE PUERTO RICO**
BO. OBRERO STA., SANTURCE, P. R. 00918-4427
P.O. BOX 14427

TEL. 765-3535

EN LOS CASOS DE:

AIRPORT CATERING SERVICES, CORP.      *
                                      *
            - Y -                     *   CASO: CA-97-90
                                      *
ELISEO RIVERA CORTES, GLORIA M.       *
PILLOT Y OTROS                        *
                                      *
            - Y -                     *
                                      *
UNION INDEPENDIENTE DE TRABAJADORES   *
DE AEROPUERTO                         *
_____*

ELISEO RIVERA CORTES, GLORIA M.       *
PILLOT Y OTROS                        *
                                      *   CASO: CA-97-91
_____*

R E S O L U C I O N

El 30 de septiembre y el 8 de octubre de 1998, el patrono y la unión querellada, respectivamente, removieron los casos de epígrafe al Honorable Tribunal Federal de Distrito de Puerto Rico radicando ante nos el Aviso de Presentación de Notificación de Traslado conforme lo dispuesto en 28 U.S.C. 1446. Así, la jurisdicción pasa al foro federal donde será dirimida la controversia; salvo que dicho foro devuelva ("remand") los casos.

Por otra parte, la representación legal del patrono radicó el 7 de octubre una "*Solicitud de listado de los querellantes envueltos en el presente caso*".

Teniendo en cuenta que el patrono ejerció su derecho de remover el caso y que los querellantes tienen su propia representación legal, así como que la unión co-querellada también removió el caso,

S E   R E S U E L V E

1.  Denegar la solicitud del patrono, la cual deberá tramitarse ante el foro federal con los abogados de los querellantes.

2.  Informar a los querellantes la disponibilidad de los expedientes a los fines de trámite en el foro federal.

3.  Ordenar el cierre de los casos de epígrafe.

Lo acordó la Junta y lo firma el Presidente.

En San Juan, Puerto Rico, a 14 de octubre de 1998.

Lcdo. Eugenio A. Guardiola Ramírez
Presidente