COMMONWEALTH OF PUERTO RICO
LABOR RELATIONS BOARD OF PUERTO RICO
P.O. Box 14427
Bo. Obrero Sta., Santurce, P.R. 00919-4427

IN THE CASE OF:

UNION INDEPENDIENTE DE TRABAJADORES
DE AEROPUERTOS (U.I.T.A.)

    Respondent      CASE NO. CA 97-91

AND

ELISEO RIVERA CORTES, GLORIA M.
PILLOT ET AL

    Complainant

..............................

MOTION

TO THE HONORABLE BOARD:

COMES NOW the complainant, Unión Independiente de Trabajadores de Aeropuerto and without submitting to jurisdiction submits this Motion:

1. We have received a "Request to Admit the Allegations" filed in this case by the Legal Division of this Board.

2. Last October 8, 1998 we filed a petition for Removal before the United Stated District Court for Puerto Rico. Pursuant to said Request this Honorable Labor Relations Board lacks jurisdiction to act on this matter.

CERTIFIED To be a true and correct translation from its original [signature]
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.
11-30-04

EXHIBIT j

2

3. It should also be pointed out that the corresponding Answer to the Complaint object of the Motion of the Legal Division was already filed before the United States District Court pursuant to Rule 81(c) of Federal Civil Procedure wherefore what is requested therein is also moot.

IN WITNESS WHEREOF, it is requested that the Request of the Legal Division be denied since this Honorable Board lacks jurisdiction to act over the same and because it is also moot. We enclose copy of said Answer as Exhibit A to this motion.

IN WITNESS WHEREOF, it is requested that the Request of the Legal Division be denied because this Honorable Board lacks jurisdiction to act on the same and it is also moot.

In San Juan, Puerto Rico, October 13, 1998.

Respectfully submitted.

I CERTIFY: Having sent a true and correct copy of this document by certified mail, return receipt requested to Mr. Juan E. Curbelo, Union Plaza Bldg., 8th Floor, Suite 810, 416 Ponce de León Ave., Hato Rey, Puerto Rico 00918; Mr. Juan R. Zalduondo Viera, Esq., Midtown Building, Suite 206, Muñoz Rivera Avenue 421, Hato Rey, Puerto Rico 00918; Mr. Frank Zorrilla Maldonado, P.O. Box 191783, San Juan, Puerto Rico

CERTIFIED To be a true and correct translation from its original. AIDA TORRES, CERTIFIED INTERPRETER ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT. 11-30-04

3

00919-1783; Mrs. Gloria M. Pillot Correa and/or Mr. Eliseo Rivera Cortés. Palma Real 123, Carolina, Puerto Rico 00985; Mr. Rafael Rosado, San Agustín, Marginal 25 (second floor), 65th Infantry Avenue, Río Piedras Puerto Rico 00924; and Mr. Efraín Méndez, Steering Committee of Former Employees, Airport Catering Services, Inc., Vistamar Plaza B-77, Carolina, Puerto Rico 00983.

In San Juan, Puerto Rico on October 7, 1998.

/illegible signature/
JOSE E. CARRERAS ROVIRA
PR Bar Assn. No. 5977
Midtown Bldg., Suite 206
421 Muñoz Rivera Ave.
Hato Rey, Puerto Rico 00919
Telephone: 751-8995 Fax: 764-3206

CERTIFIED To be a true and correct translation from its original /signature/ 11-30-04
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RELACIONES DEL TRABAJO DE PUERTO RICO
P.O. Box 14427
Bo. Obrero Sta., Santurce, P.R. 00919-4427

EN EL CASO DE:

UNION INDEPENDIENTE DE
TRABAJADORES DE AEROPUERTO

    Querellado

    Y

ELISEO RIVERA CORTES, GLORIA
M. PILLOT y Otros

    Querellante

CASO NUM.: CA-97-91

MOCION

A LA HONORABLE JUNTA:

COMPARECE la parte querellante, Unión Independiente de Trabajadores de Aeropuerto y sin someterse a jurisdicción somete la presente Moción.

1. Hemos recibido una "Solicitud para que se den por Admitidas las Alegaciones" presentada en este caso por la División Legal de esta Junta.

2. El pasado 8 de octubre de 1998 hemos radicado una Petición de Remoción. ("Removal") ante el Tribunal de Distrito Federal de Puerto Rico. En virtud de dicha Solicitud ya esta Honorable Junta de Relaciones del Trabajo carece de jurisdicción para actuar en este asunto.

3. Cabe señalar además, que la correspondiente Contestación a la Querella objeto de la Moción de la División Legal, ya fue instada ante el Tribunal de Distrito Federal a tenor con la Regla 81(c) de las de Procedimiento Civil Federal por lo que también lo allí solicitado resulta académico. Se aneja copia de dicha Contestación como Anejo A a esta moción.

EN MERITO DE LO CUAL, se solicita que se declare no ha lugar la Solicitud de la División Legal por carecer de jurisdicción esta Honorable Junta para actuar sobre la misma y por resultar también la misma académica.

En San Juan, Puerto Rico, hoy 13 de octubre de 1998.

Respetuosamente sometida.

CERTIFICO: Haber enviado copia fiel y exacta del presente escrito por correo certificado con acuse de recibo al Lcdo. Juan E. Curbelo, Edif. Union Plaza, Piso 8, Ofic. 810, 416 Ponce de León Ave., Hato Rey, Puerto Rico 00918; Lcdo. Juan R. Zalduondo Viera, Edif. Midtown, Ofic. 101, Ave. Muñoz Rivera 421, Hato Rey, Puerto Rico 00918; Lcdo. Frank Zorrilla Maldonado, P.O. Box 191783, San Juan, Puerto Rico 00919-1783; Sra. Gloria M. Pillot Correa y/o Sr. Eliseo Rivera Cortés, Palma Real 123, Carolina, Puerto Rico 00985; Sr. Rafael Rosado, San Agustín, Marginal 25 (Altos), Ave. 65 de Infantería, Río Piedras, Puerto Rico 00924 y al Sr. Efraín Méndez, Comité Timón Ex-empleados, Airport Catering Services, Inc., Vistamar Plaza B-77, Carolina, Puerto Rico 00983.

En San Juan, Puerto Rico a 7 de octubre de 1998.

JOSE E. CARRERAS ROVIRA
Colegiado Núm. 5977
Edif. Midtown, Ofic. 206
Ave. Muñoz Rivera 421
Hato Rey, Puerto Rico 00919
Teléfono: 751-8995 Fax: 763-3206