Commonwealth of Puerto Rico
LABOR RELATIONS BOARD OF PUERTO RICO
P.O. Box 14427
Bo. Obrero Sta., Santurce, P.R. 00919-4427

IN THE CASES OF:

AIRPORT CATERING SERVICES, CORP.

    Respondent

And

ELISEO RIVERA CORTES, GLORIA M. PILLOT
ET AL

    Complainant

CASE: CA-97-90

UNION INDEPENDIENTE DE TRABAJADORES
DE AEROPUERTOS (U.I.T.A.)

    Respondent

AND

ELISEO RIVERA CORTES, GLORIA M.
PILLOT ET AL

    Complainant

CASE: CA 97-91

**REQUEST TO DEEM ALLEGATIONS
AS ADMITTED**

TO THE HONORABLE PRESIDENT:

COMES NOW the above captioned complainant, through one of the attorneys of the Legal Division of the Labor Relations

CERTIFIED To be a true and correct trans-
lation from its original
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT: 11-30-04

EXHIBIT
k

2

Board of Puerto Rico, who very respectfully STATES, ALLEGES and PRAYS:

1. On August 14, 1998, the labor Relations Board of Puerto Rico, through Atty María J. Haddock López, issued a Complaint in the above captioned case.

2. On September 9, 1998, Atty. Eugenio A. Guardiola Ramírez, acting as President of the Board, issued a Notice of Public Hearing to decide the aforementioned Complaint, to which he appended a copy of the same and of the charge based on the same.

3. On September 9, 1998, the Secretary of the Board, Mrs. Leonor Rodríguez Rodríguez, through her secretary Mrs. María Ruiz, certified having received by regular mail[1] a copy of the Charge, Notice of Hearing, Designation of Examining Officer and Complaint to the respondent, Unión Independiente de Trabajadores de Aeropuerto.

---

[1] In a Resolution of August 21, 1998, Atty. Eugenio A. Guardiola Ramírez, President of the Board, decided among other things... "to limit the remittance of documents by certified mail to the Decisions and Orders issued by the full board... also, that the terms granted to the parties will be counted as of the filing in the record of the notice, not as of the receipt of the documents."

CERTIFIED To be a true and correct translation from its original
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.
11-30-04

3

4. Said correspondence has not been returned by the United States Postal Service.

5. In the Complaint and the Notice of Hearing which form part of the documents sent by mail, among other things, the respondent or its legal representative were advised that they were entitled to Answer the Complaint and we quote:

"Within twenty (20) days following the date in which the Complaint was notified. Said term will be unpostponable in nature, except for exceptional situations, advising said parties that if they fail to answer within this term, the allegations formulated against them will be deemed admitted and it will be understood that they waive the Public hearing and the Report of the Examining Officer."

6. On the date when this Motion is filed, the respondent Unión Independiente de Trabajadores de Aeropuertos or its legal representative have not filed an answer to the Complaint, having exceeded the term of twenty (20) days granted to carry out said process.

7. The Labor Relations Act, 29 LPRA sec. 70 (1)(a), grants the Labor Relations Board of Puerto Rico the faculty to deem the allegations made in a complaint admitted when they are not denied. This provision has the clear purpose of promoting the diligent processing of the complaints before the Board. These are procedural standards for the benefit of a

CERTIFIED To be a true and correct trans-
lation from its original
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.
11-30-04

4

sound administration of the adjudicative function, geared to stimulating the diligent processing of cases.

IN WITNESS HEREOF and convinced that in this manner the purposes of the Law are best served, we very respectfully request from the President of the Board that in view of what is stated above it deem the allegations of the Complaint in the case of the respondent Unión Independiente de Trabajadores de Aeropuertos admitted.

RESPECTFULLY SUBMITTED.

I CERTIFY that I have today sent by regular mail a true and correct copy of this REQUEST to:

1. ATTY. JUAN RAMON ZALDUONDO VIERA
   MIDTOWN BLDG. SUITE 101
   MUÑOS RIVERA 421
   HATO REY PR 00918

2. ATTY. FRANK ZORRILLA MALDONADO
   PO BOX 191783
   SAN JUAN PR 00919-1783

3. GLORIA M. PILLOT CORREA AND/OR
   ELISEO RIVERA CORTES
   PALMA REAL 123
   CAROLINA PR 00985

4. MR. RAFAEL ROSADO
   CASE COORDINATOR
   MARGINAL STREET 25, SECOND FLOOR
   URB. SAN AGUSTIN
   65TH INFANTRY ROAD
   RIO PIEDRAS, P.R. 00926

CERTIFIED To be a true and correct translation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.
11-30-04

5. ATTY. FERNANDO BAERGA IBAÑEZ
   UNION PLAZA BUILDING
   SUITE 810
   416 PONCE DE LEÓN AVENUE
   HATO REY, PR 00918

6. EFRAIN MENDEZ, PRESIDENT
   STEERING COMMITTEE FORMER EMPLOYEES
   AIRPORT CATERING SERVICES INC.
   VISTAMAR PLAZA B-77
   CAROLINA PR 00983

In San Juan, Puerto Rico, October 6, 1998.

S/Nereida Feliciano Ramos
ATTY. NEREIDA FELICIANO RAMOS
Director, Legal Division

/ebm

A:\CA-97-90.SOL

CERTIFIED To be a true and correct trans-
lation from its original. [signature]
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.  11-30-04

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**JUNTA DE RELACIONES DEL TRABAJO DE PUERTO RICO**
P.O. BOX 14427
BO. OBRERO STA., SANTURCE, P. R. 00916-4427

TEL. 765-3535

EN LOS CASOS DE:

AIRPORT CATERING SERVICES          *
                                   *
    Querellada                     *
                                   *
    -Y-                            *   CASO NUM. CA-97-90
                                   *
ELISEO RIVERA CORTES, GLORIA       *
M PILLOT Y OTROS                   *
                                   *
    Querellante                    *
_____*
                                   *
UNION INDEPENDIENTE DE             *
TRABAJADORES DE AEROPUERTOS        *
                                   *
    Querellada                     *
                                   *
    -Y-                            *   CASO NUM. CA-97-91
                                   *
ELISEO RIVERA CORTES, GLORIA       *
M. PILLOT Y OTROS                  *
                                   *
    Querellante                    *
_____*

**SOLICITUD PARA QUE SE DEN
POR ADMITIDAS LAS ALEGACIONES**

**AL HONORABLE PRESIDENTE:**

COMPARECE la parte querellante del caso de epígrafe, por conducto de uno de los abogados de la División Legal de la Junta de Relaciones del Trabajo de Puerto Rico, quien muy respetuosamente EXPONE, ALEGA y SOLICITA:

1. El 14 de agosto de 1998, la Junta de Relaciones del Trabajo de Puerto Rico, a través de la Lcda. María J. Haddock López, expidió Querella en el caso del epígrafe.

2. El 9 de septiembre de 1998, el Lcdo. Eugenio A. Guardiola Ramírez actuando como Presidente de la Junta, emitió Aviso de Audiencia pública para ventilar la antes mencionada Querella, al cual anejó copia de ésta y del Cargo en el cual se fundamentó la misma.

3. El 9 de septiembre de 1998, la Secretaria de la Junta, Sra. Leonor Rodríguez Rodríguez, por conducto de su secretaria la Sra. María Ruiz certificó haber enviado por correo ordinario[1]

---

1/ En Resolución del 21 de agosto de 1998, del Lcdo. Eugenio A. Guardiola Ramírez, Presidente de la Junta, determinó entre otras cosas..."limitar el envío de documentos por correo certificado a las Decisiones y Ordenes que emita el pleno de la Junta...además,

2

copia del Cargo, Aviso de Audiencia, Designación de Oficial Examinador y Querella a la parte querellada, Unión Independiente de Trabajadores de Aeropuerto.

4. Dicha correspondencia no ha sido devuelta por el Servicio del Correo Postal de los Estados Unidos.

5. En la Querella y el Aviso de Audiencia que forman parte de la documentación enviada por correo, entre otras cosas, se advirtió al querellado o sus representantes legales que tenían derecho a contestar la Querella y citamos:

"dentro de los veinte (20) días siguientes a la fecha en que se notificó la Querella. Dicho término será con carácter improrrogable, salvo situaciones excepcionales, apercibiéndole a dichas partes que de no contestar en ese plazo, se darán por admitidas las alegaciones formuladas en su contra y se entenderá que renuncian a la Audiencia Pública y al Informe del Oficial Examinador."

6. A la fecha en que se radica esta Moción el querellado Unión Independiente de Trabajadores de Aeropuestos o su representante legal no han radicado contestación a la Querella, habiéndose excedido en el término de veinte (20) días concedido para realizar dicho trámite.

7. La Ley de Relaciones del Trabajo, 29 LPRA sec. 70 (1) (a), le concede facultad a la Junta de Relaciones del Trabajo de Puerto Rico para dar por admitidas las alegaciones hechas en una querella cuando las mismas no son negadas. Esta disposición tiene el claro propósito de promover el trámite diligente de las querellas ante la Junta. Estas son normas procesales en beneficio de una buena administración de la función adjudicativa, dirigidas a estimular la tramitación diligente de los casos.

EN VIRTUD DE TODO LO ANTERIOR y convencidos de que de esta forma se sirve mejor a los propósitos de la Ley, muy respetuosamente solicitamos del Presidente de la Junta, que en mérito de todo lo anteriormente expuesto de por admitidas las alegaciones de la Querella en el caso de la querellada Unión Independiente de Trabajadores de Aeropuertos.

_____
que los términos que se concedan a las partes serán contados a partir del archivo en autos de la notificación, no desde el recibo de los documentos".

3

RESPETUOSAMENTE SOMETIDO.

CERTIFICO que en el día de hoy se ha enviado por correo ordinario copia fiel y exacta de la presente SOLICITUD a:

1. LCDO JUAN RAMON ZALDUONDO VIERA
   EDIF MIDTONW OFIC 101
   MUÑOZ RIVERA 421
   HATO REY, PR 00918

2. LCDO FRANK ZORRILLA MALDONADO
   PO BOX 191783
   SAN JUAN PR 00919-1783

3. GLORIA M. PILLOT CORREA Y/O
   ELISEO RIVERA CORTES
   PALMA REAL 123
   CAROLINA PR 00985

4. RAFAEL ROSADO
   COORDINADOR DE CASOS
   URB. SAN AGUSTIN
   MARGINAL 25 ALTOS
   65TH INFANTERIA
   RIO PIEDRAS, PR 00924

5. LCDO. FERNANDO A BAERGA IBAÑEZ
   EDIF. PLAZA UNION SUITE 810
   416 AVE PONCE DE LEON
   HATO REY, PR 00918

6. EFRAIN MENDEZ, PRESIDENTE
   COMITE TIMON EX-EMPLEADOS
   AIRPORT CATERING SERVICES INC
   VISTAMAR PLAZA B-77
   CAROLINA PR 00983

En San Juan, Puerto Rico, a 6 de octubre de 1998.

LCDA. NEREIDA FELICIANO RAMOS
Directora, División Legal

/ebm
A:\CA-97-90.SOL