Commonwealth of Puerto Rico
LABOR RELATIONS BOARD OF PUERTO RICO
P.O. Box 14427
Bo. Obrero Sta., Santurce, P.R.  00919-4427

IN THE CASES OF:

AIRPORT CATERING SERVICES, CORP.          : CASE: CA-97-90

        And                               :

ELISEO RIVERA CORTES, GLORIA M. PILLOT    :
ET AL                                     :
. . . . . . . . . . . . . . . . . . . . . . . . . .

UNION INDEPENDIENTE DE TRABAJADORES       :
DE AEROPUERTOS (U.I.T.A.)                 :
                                          : CASE: CA 97-91
        AND                               :

ELISEO RIVERA CORTES, GLORIA M.           :
PILLOT ET AL                              :
. . . . . . . . . . . . . . . . . . . . . . . . . .

RESOLUTION

        Having seen the "Motion regarding Additional
Representation" filed on September 15, 1998 by the private
attorneys of the complainants in the above captioned case,

        IT IS RESOLVED

CERTIFIED To be a true and correct trans-
lation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.
11-30-04

EXHIBIT
1

2

To Grant the same, within the parameters established by this Board and approved by our Honorable Supreme Court.[1]

In San Juan, Puerto Rico, October 1, 1998.

s/illegible signature
Atty. Eugenio A. Guardiola Ramírez
President

NOTIFICATION

I CERTIFY that I have today sent by regular mail a true and correct copy of this ORDER FOR CONSOLIDATION to:

1. ATTY. JUAN RAMON ZALDUONDO VIERA
   MIDTOWN BLDG. SUITE 101
   MUÑOS RIVERA 421
   HATO REY PR 00918

2. ATTY. FRANK ZORRILLA MALDONADO
   PO BOX 191783
   SAN JUAN PR 00919-1783

3. GLORIA M. PILLOT CORREA AND/OR
   ELISEO RIVERA CORTES
   PALMA REAL 123
   CAROLINA PR 00985

4. MR. RAFAEL ROSADO
   CASE COORDINATOR
   MARGINAL STREET 25, SECOND FLOOR
   URB. SAN AGUSTIN
   65TH INFANTRY ROAD
   RIO PIEDRAS, P.R.  00926

_____
[1]Tomás I. Morales v. JRT, 87 JTS 84, 119 DPR 286.

CERTIFIED To be a true and correct trans-
lation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.  11-30-04

5.  EFRAIN MENDEZ, PRESIDENT
    STEERING COMMITTEE FORMER EMPLOYEES
    AIRPORT CATERING SERVICES INC.
    VISTAMAR PLAZA B-77
    CAROLINA PR    00983

6.  ATTY. FERNANDO BAERGA IBAÑEZ
    UNION PLAZA BUILDING
    SUITE 810
    416 PONCE DE LEÓN AVENUE
    HATO REY, PR 00918

7.  ATTY. NEREIDA FELICIANO RAMOS
    DIRECTOR, LEGAL DIVISION
    LABOR RELATIONS BOARD
    OF PUERTO RICO (BY HAND)

In San Juan, Puerto Rico, October 2, 1998.

                                Leonor Rodríguez Rodríguez
                                Secretary of the Board

                        By: María Ruiz
                            Secretary

CERTIFIED To be a true and correct trans-
lation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.   11-30-09

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**JUNTA DE RELACIONES DEL TRABAJO DE PUERTO RICO**
P.O. BOX 14427
BO. OBRERO STA., SANTURCE, P. R. 00916-4427

TEL. 765-3535

EN LOS CASOS DE:                    *

AIRPORT CATERING SERVICES           *

                                    *    CASO: CA-97-90
        - Y -                       *

ELISEO RIVERA CORTES, GLORIA        *
M. PILLOT Y OTROS                   *

UNION INDEPENDIENTE DE              *
TRABAJADORES DE AEROPUERTOS         *

                                    *    CASO: CA-97-91
        - Y -                       *

ELISEO RIVERA CORTES, GLORIA        *
M. PILLOT Y OTROS                   *

                                    *

**R E S O L U C I O N**

Vista la *"Moción Sobre Representación Adicional"* radicada el 15 de septiembre de 1998 por los abogados privados de los querellantes en el caso de epígrafe,

**S E   R E S U E L V E**

Declarar la misma Con Lugar, dentro de los parámetros establecidos por esta Junta y avalado por nuestro Honorable Tribunal Supremo.[1]

En San Juan, Puerto Rico, a 1 de octubre de 1998.

Lcdo. Eugenio A. Guardiola Ramírez
Presidente

**N O T I F I C A C I O N**

Certifico que en el día de hoy se ha enviado por correo ordinario copia de la presente ORDEN DE CONSOLIDACION a:

1. LCDO JUAN RAMON ZALDUONDO VIERA
   EDIF MIDTOWN OFIC 101
   MUÑOZ RIVERA 421
   HATO REY PR 00918

2. LCDO FRANK ZORRILLA MALDONADO
   PO BOX 191783
   SAN JUAN PR 00919-1783

3. GLORIA M PILLOT CORREA Y/O
   ELISEO RIVERA CORTES
   PALMA REAL 123
   CAROLINA PR 00985

[1] *Tomás I. Morales v. JRT* 87 JTS 84, 119 DPR 286.

2

4. RAFAEL ROSADO
COORDINADOR DE CASOS
URB SAN AGUSTIN
MARGINAL 25 ALTOS
65TH INFANTERIA
RIO PIEDRAS PR 00924

6. EFRAIN MENDEZ, PRESIDENTE
COMITE TIMON EX-EMPLEADOS
AIRPORT CATERING SERVICES INC
VISTAMAR PLAZA B-77
CAROLINA PR 00983

7. LCDO FERNANDO A BAERGA IBAÑEZ
EDIF PLAZA UNION SUITE 810
416 AVE PONCE DE LEON
HATO REY PR 00918

8. LCDA NEREIDA FELICIANO RAMOS
DIRECTORA, DIVISION LEGAL
JUNTA DE RELACIONES DEL TRABAJO
DE PUERTO RICO (A LA MANO)

En San Juan, Puerto Rico, a 2 de octubre de 1998.

Leonor Rodríguez Rodríguez
Secretaria de la Junta

Por: María Ruiz
Secretaria

rvf

