COMMONWEALTH OF PUERTO RICO
LABOR RELATIONS BOARD OF PUERTO RICO
P.O. BOX 14427
BO. OBRERO STA., SANTURCE, P.R. 00919-4427

IN THE CASES OF:

AIRPORT CATERING SERVICES

And                                              CASE: CA-97-90

ELISEO RIVERA CORTES, GLORIA M. PILLOT
ET AL

..................................................

IN THE CASE OF:

UNION INDEPENDIENTE DE TRABAJADORES
DE AEROPUERTOS (U.I.T.A.)

                                                 CASE: CA 97-91
AND

ELISEO RIVERA CORTES, GLORIA M.
PILLOT ET AL

..................................................

<u>MOTION REGARDING ADDITIONAL PROFESSIONAL REPRESENTATION</u>

TO THE HONORABLE COURT:

COMES NOW JUAN R. ZALDUONDO VIERA and FRANK ZORRILLA MALDONADO, attorneys for the complainants and very respectfully STATE:

1. Complainants have hired the services of the undersigned attorney.

CERTIFIED To be a true and correct translation from its original
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.
11-30-04

EXHIBIT
III

2

2. This Honorable Labor Relations Board of Puerto Rico has ordered the issuance of numerous complaints against Airport Catering Services and Unión Independiente de Trabajadores de Aeropuerto.

3. That the appearing parties have been representing the complainants in the request for reopening, as well as in obtaining the data to prepare the complaint.

4. That the parties have requested that the undersigned join the legal representation of the Legal Division of the Honorable Labor Relations Board of Puerto Rico.

5. That given the volume of the case due to the number of complainants, it is requested that the undersigned be allowed to join the legal representation provided by the Legal Division of this Honorable Board.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, September 15, 1998.

I CERTIFY having sent a true and correct copy of this motion to: **Fernando A. Baerga Ibáñez, Esq.**, Union Plaza Building, Suite 810, 416 Ponce de León Avenue, Hato Rey, PR 00918; **Mr. Rafael Rosado**, Case Coordinator, Steering Committee, Marginal Road 25 second floor, Urb. San Agustín,

CERTIFIED To be a true and correct trans-
lation from its original.
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.
11-30-04

3

65th Infantry, Río Piedras, PR 00924; **Mrs. Gloria Pillot and/or Mr. Eliseo Rivera**, Palma Real 123, Carolina, PR 00985; Mr. Efraín Méndez, President, Steering Committee Former Employees Airport Catering Services, Vistamar Plaza B-77, Carolina, PR 00983; **Mrs. Leonor Rodríguez Rodríguez**, Secretary of the Labor Relations Board of P.R., PO Box 14427, Bo. Obrero Station, Santurce, PR 00916-4427; **Atty. Nereida Feliciano Ramos**, Director, Legal Division, Labor Relations Board of Puerto Rico, PO Box 14427, Bo. Obrero Station, Santurce, PR 00916-4427.

S/Juan R. Zalduondo Viera
**JUAN R. ZALDUONDO VIERA**
PR BAR ASSN NO. 4826
MIDTOWN BLDG- SUITE 101
421 MUÑOZ RIVERA AVE.
HATO REY, PR 00918
TEL 759-7900
FAX 759-9649

s/illegible
**FRANK ZORRILLA MALDONADO**
PR BAR ASSN. NO. 8163
PO BOX 191783
SAN JUAN, PR 00919-1783
TEL. 250-1510
FAX 767-4571

CERTIFIED To be a true and correct translation from its original. /s/ AIDA TORRES, CERTIFIED INTERPRETER ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT. 11-30-04

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RELACIONES DEL TRABAJO DE PUERTO RICO
PO BOX 14427
BO. OBRERO STATION, SANTURCE, PR 00916-4427

EN EL CASO DE:

AIRPORT CATERING SERVICES

-Y-

ELISEO RIVERA CORTES, GLORIA M. PILLOT Y OTROS

CASO NUM. CA-97-90

EN EL CASO DE:

UNION INDEPENDIENTE DE TRABAJADORES DE AEROPUERTO (U.I.T.A.)

-Y-

ELISEO RIVERA CORTES, GLORIA M. PILLOT Y OTROS

CASO NUM. CA-97-91

## MOCION SOBRE REPRESENTACION PROFESIONAL ADICIONAL

AL HONORABLE TRIBUNAL:

COMPARECEN JUAN R. ZALDUONDO VIERA Y FRANK ZORRILLA MALDONADO, abogados de los querellantes y muy respetuosamente EXPONEN:

1. Los querellantes han contratado los servicios de los abogados que suscriben.

2. Esta Honorable Junta de Relaciones del Trabajo de Puerto Rico ha ordenado la expedición de sendas querellas contra Airport Catering Services y Unión Independiente de Trabajadores de Aeropuerto.

3. Que los comparecientes han estado representando a los querellantes en la solicitud de reapertura, así como en la obtención de datos para la preparación de la querella.

4. Que las partes han solicitado a los suscribientes que se unan a la representación legal que ostenta la División Legal de la Honorable Junta de Relaciones del Trabajo de Puerto Rico.

5. Que dado lo voluminoso del caso por el número de reclamantes, se solicita que se permita a los suscribientes unirse a la representación legal que ostenta la División Legal de esta Honorable Junta.

RESPETUOSAMENTE SOMETIDA.

EN San Juan, Puerto Rico, a 15 de septiembre de 1998.

-2-

CERTIFICO haber enviado copia fiel y exacta de la presente moción a: **Lcdo. Fernando A. Baerga Ibañez**, Edificio Unión Plaza, Suite 810, Ave. Ponce de León #416, Hato Rey, PR 00918; **Sr. Rafael Rosado**, Coordinador de Casos, Comité Timón, Calle Marginal 25 Altos, Urb. San Agustín, 65th. Infantería, Río Piedras, PR 00924; **Sra. Gloria Pillot Y/o Sr. Eliseo Rivera**, Palma Real 123, Carolina, PR 00985; Sr. Efraín Méndez, Presidente, Comité Timón Ex-Empleado Airport Catering Services, Vistamar Plaza B-77, Carolina, PR 00983; **Sra. Leonor Rodríguez Rodríguez**, Secretaria de la Junta de Relaciones del Trabajo de P.R., PO Box 14427, Bo. Obrero Station, Santurce, PR 00916-4427; ; **Lcda. Nereida Feliciano Ramos**, Directora, División Legal, Junta de Relaciones del Trabajo de Puerto Rico, PO Box 14427, Bo. Obrero Station, Santurce, PR 00916-4427.

_____
JUAN R. ZALDUONDO VIERA
COLEGIADO NUM. 4826
COND. MIDTWON - SUITE 101
AVE. MUÑOZ RIVERA #421
HATO REY, PR 00918
TEL. 759-7900
FAX. 759-9649

_____
FRANK ZORRILLA MALDONADO
COLEGIADO NUM. 8163
PO BOX 191783
SAN JUAN, PR 00919-1783
TEL. 250-1510
FAX. 767-4571