Commonwealth of Puerto Rico
LABOR RELATIONS BOARD OF PUERTO RICO
San Juan, Puerto Rico

CHARGE

**RESPONDENT**

| Instructions: The original and 3 copies should be filed with the Secretary of the Labor Relations Board of Puerto Rico. | Do not write Here |
|---|---|
| | Case No CA-97-0090 |
| FULL NAME: | Date Filed: 08/26/97 |
| AIRPORT CATERING SERVICES | No. of Employees in Appropriate Unit 0800 |
| Address of Business or Office: N/A (Indicate street, no. and town) N/A N/A | No. of Employees affected directly: 0001 |
| Postal Address and Telephone: PO BOX 1797 N/A CAROLINA  PR 0000-0984 | Class of Business or Enterprise: AIR SERVICES |

The respondent incurred and is presently incurring in illegal work practices within the meaning of Article 8, Section (1), Clauses (F), ( ), ( ) of the Labor Relations Act of Puerto Rico, consisting in that (specify the facts that serve as a basis for this Charge):

SINCE ON OR AROUND MAY 7, 1997 AND THEREAFTER THE ABOVE CAPTIONED EMPLOYER HAS REFUSED TO HONOR AWARD A-2657 REGARDING MASS DISMISSAL IN WHICH THE REINSTATEMENT AND BACK PAY OF THE COMPLAINANT HEREIN WAS DETERMINED.

**COMPLAINANT**

| Full Name: | Telephone No.: |
|---|---|
| ELISEO RIVERA CORTES | 769-1869 |
| Address: (indicate street, no. and town) N/A N/A N/A | Postal Address: 123 PALMA REAL STREET BUENA VISTA CAROLINA  PR  0000-0985 |

CERTIFIED To be a true and correct trans-
lation from its original [signature]
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURT.  11-30-04

EXHIBIT
P

2

SWORN STATEMENT

I state that I have read the above mentioned charge and that the information in the same is true to the best of my understanding and belief:

By: ELISEO RIVERA CORTES (ille. signature)                     Complainant
(Signature of Complainant or his                                        (Title)
Representative)

Sworn and subscribed to before me by ELISEO RIVERA CORTES, today the 26th of AUGUST of 1997. in SAN JUAN, P.R.

(Illegible signature)                          (SEAL OF BOARD)
Luis O. Lausell de la Rosa                                Labor Rels. Examiner
(Name)                                                              (Official Title)

CERTIFIED To be a true and correct translation from its original. /s/ Aida
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.    11-30-04

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**JUNTA DE RELACIONES DEL TRABAJO DE PUERTO RICO**
SAN JUAN, PUERTO RICO

C A R G O

| | |
|---|---|
| No escriba en este espacio | |
| Caso Núm. | CA-97-0090 |
| Fecha de Radicación: | 08/26/97 |
| Núm. de Empleados en la Unidad Apropiada | 0800 |
| Núm. de Empleados afectados directamente: | 0001 |
| Clase de Empresa o Negocio: | SERVICIOS AEREOS |

**PARTE QUERELLADA**

Instrucciones: Debe radicarse el original y 3 copias ante el Secretario de la Junta de Relaciones del Trabajo de Puerto Rico

NOMBRE COMPLETO: AIRPORT CATERING SERVICES

Dirección del Negocio u Oficina: N/A
(Indique calle, núm. y pueblo) N/A
N/A

Dirección Postal y Teléfono: P.O. BOX 1797
CAROLINA    PR 0000-0984

La parte querellada incurrió y está al presente incurriendo en prácticas ilícitas de trabajo dentro del significado del Artículo 8, Sección ( ), Inciso (s) ( F ) ( ) ( ) ( ) de la Ley de Relaciones del Trabajo de Puerto Rico, consistente en que (especifique los hechos que sirven de base a este Cargo):

EN O DESDE MAYO 7 DE 1997 Y EN ADELANTE EL PATRONO DEL EPIGRAFE SE HA REHUSADO A HONRAR EL LAUDO A-2657 SOBRE DESPIDO MASIVO EN EL QUE SE DETERMINO LA REPOSICION Y LA PAGA ATRASADA DEL AQUI QUERELLANTE.

**PARTE QUERELLANTE**

Nombre completo: ELISEO RIVERA CORTES

Dirección : (Indique calle, núm. y pueblo)    Dirección Postal:
N/A                                             CALLE PALMA REAL 123
N/A                                             BUENA VISTA
N/A                                             CAROLINA    PR 0000-0985

Teléfono Núm.: 769-1869

Por ELISEO RIVERA CORTES        Querellante
    (_____del Querellante o su      (Título)
     Representante)

**DECLARACION JURADA**

Declaro que he leído el cargo arriba mencionado y que la información en el mismo es cierta a mi mejor saber y entender.

                                    ELISEO RIVERA CORTES

Jurado y suscrito ante mí por _____ hoy día 26 de AGOSTO de 19 97, En SAN JUAN

Luis O. Lausell De La Rosa
(Nombre)

Examinador Rel. del Trabajo
(Título Oficial)