Commonwealth of Puerto Rico
LABOR RELATIONS BOARD OF PUERTO RICO
San Juan, Puerto Rico
1st AMENDMENT
CHARGE        87 SEP 23 2:12

**RESPONDENT**

Instructions: The original and 3 copies should be filed with the Secretary of the Labor Relations Board of Puerto Rico.

| FULL NAME: AIRPORT CATERING SERVICES | Do not write Here |
| --- | --- |
| | Case No  CA-97-90 |
| | Date Filed: 08-26-19-97 |
| Address of Business or Office: (indicate street, no. and town) | No. of Employees in Appropriate Unit  0800 |
| | No. of Employees affected directly:  0340 |
| Postal Address and Telephone: P.O. BOX 1797  CAROLINA   PR 0000-0984 | Class of Business or Enterprise:  AIR SERVICES |

The respondent incurred and is presently incurring in illegal work practices within the meaning of Article 8, Section (1), Clauses (F), ( ), ( ) of the Labor Relations Act of Puerto Rico, consisting in that (specify the facts that serve as a basis for this Charge):

SINCE ON OR AROUND MAY 7, 1997 AND THEREAFTER THE ABOVE CAPTIONED EMPLOYER HAS REFUSED TO HONOR AWARD A-2657 REGARDING MASS DISMISSAL IN WHICH THE REINSTATEMENT AND BACK PAY OF THE COMPLAINANT HEREIN WAS DETERMINED.

**COMPLAINANT**

| Full Name:  GLORIA M. PILLOT CORREA  ELISEO RIVERA CORTES ET AL. | Telephone No.: 276-8983 (G)  769-1869 |
| --- | --- |
| Address: (indicate street, no. and town)  VIA 56 BLK. 3 JS 14 VILLA FONTANA  CAROLINA  00983 | Postal Address:  123 PALMA REAL STREET  BUENA VISTA  CAROLINA   PR  0000-0985 |

CERTIFIED To be a true and correct trans-lation from its original [signature]
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.
11-30-04

EXHIBIT
9

SWORN STATEMENT

I state that I have read the above mentioned charge and that the information in the same is true to the best of my understanding and belief:

(Illegible signature)
By: s/ Gloria M. Pillot Correa                                         COMPLAINANTS
(Signature of Complainant or his                                              (Title)
Representative)

Sworn and subscribed to before me by today the 23rd of SEPTEMBER of 1997, in SAN JUAN, P.R.

(Illegible signature)                    (SEAL OF BOARD)
LORRAINE REYES CARRASQUILLO                          LABOR RELATIONS EXAMINER
(Name)                                                              (Official Title)

CERTIFIED To be a true and correct translation from its original. /s/ Aida Torres
AIDA TORRES, CERTIFIED INTERPRETER
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT.   11-30-04

2

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RELACIONES DEL TRABAJO DE PUERTO RICO**
SAN JUAN, PUERTO RICO

1ra ENMIENDA    97 SEP 23 PM 2:12

**Instrucciones:** Debe radicarse el original y 3 copias en el Secretario de la Junta de Relaciones del Trabajo de Puerto Rico

No escriba en este espacio

Caso Núm. CA-97-90
Fecha de Radicación: 08-26-1997

### PARTE QUERELLADA

**NOMBRE COMPLETO:** AIRPORT CATERING SERVICES

**Dirección del Negocio u Oficina:** (Indique calle, núm. y pueblo)

**Dirección Postal y Teléfono:** P.O. BOX 1797
CAROLINA P.R. 0000-0984

Núm. de Empleados en la Unidad Apropiada: 0800

Núm. de Empleados afectados directamente: 340

Clase de Empresa o Negocio: SERVICIOS AEREOS

La parte querellada incurrió y está al presente incurriendo en prácticas ilícitas de trabajo dentro del significado del Artículo 8, Sección (1), Inciso (s) (F) ( ) ( ) ( ) de la Ley de Relaciones del Trabajo de Puerto Rico, consistente en que (especifique los hechos que sirven de base a este Cargo):

EN O DESDE MAYO 7 DE 1997 Y EN ADELANTE EL PATRONO DE EPIGRAFE SE HA REHUSADO A HONRAR EL LAUDO A-2657 SOBRE DESPIDO MASIVO EN EL QUE SE DETERMINO LA REPOSICION Y LA PAGA ATRASADA DE LOS AQUI QUERELLADOS.

### PARTE QUERELLANTE

**Nombre completo:** GLORIA M. PILLOT CORREA

**Dirección:** (Indique calle, núm. y pueblo)
ELISEO RIVERA CORTES Y OTROS
VIA 56 BLQ. 3 JS 14 VILLA FONTANA
CAROLINA 00983

**Dirección Postal:** CALLE PALMA REAL 123
BUENA VISTA
CAROLINA P.R. 00985

**Teléfono Núm.:** 276-8983 (G)
769-1869

### DECLARACION JURADA

Declaro que he leído el cargo arriba mencionado y que la información en el mismo es cierta a mi mejor saber y entender.

Por: _____
(Firma del Querellante o su Representante)

QUERELLANTES
(Título)

Jurado y suscrito ante mí por _____ de SEPTIEMBRE de 19 97, En SAN JUAN, P.R. hoy día 23.



LORRAINE REYES CARRASQUILLO
(Nombre)

EXAMINADORA RELACIONES DEL TRAB
(Título Oficial)