EXHIBIT

r

000175

Letterhead of AIRPORT CATERING SERVICES

May 29, 1997

Our company, in compliance with the decision issued by the Court of Appeals for the First Circuit of Boston, related to the arbitration award in cases "A-2657 and A-1840-94 regarding the "law off" of 340 employees, will proceed to quantify the back pay referred to by the arbitrator in his award.

Due to this it is necessary that you provide us evidence of the income earned in the period comprised from the ate in which you were laid off in January of 1992 to the present. The evidence must include, without this being understood as being limited to:

1. Income Tax Returns
2. Form W-2 of the Department of the Treasury
3. Return before the U.S. Social Security Administration
4. Form 480.6 (if applicable)

The information required must be remitted to our Human Relations Office.

With nothing further to which to refer to at this time, I remain,

Cordially,

s/Francisco Rivera
Deputy Director of Human Resources

cc: File
UITA

gmd

There are Internal Revenue stamps affixed to the document, two (2) for $20, four (4) for $1.00 and one (1) for $0.25).

CERTIFIED To be a true and correct translation from its original. [signature]
AIDA TORRES, CERTIFIED INTERPRETER ADMINISTRATIVE OFFICE OF THE UNITED STATES COURT. 11-30-04

000175

# Airport Catering-Services

29 de mayo de 1997

Nuestra compañía en cumplimiento con la decisión emitida por el Tribunal de Apelaciones del Primer Circuito de Boston relacionado con el laudo de arbitraje en los casos # A-2657 y A-1840-94 sobre el "lay off" de 340 empleados, procederemos a cuantificar la paga atrasada a la cual hace referencia el árbitro en su laudo.

Por ello es necesario que usted nos suministre evidencia de los ingresos devengados en el período comprendido desde la fecha en que fueron cesanteados en enero de 1992 hasta el presente. La evidencia debe incluir, sin que se entienda como limitadas a:

1. Planillas de Contribución sobre Ingresos
2. Forma W-2 del Departamento de Hacienda
3. Planilla ante la Administración de Seguro Social Federal NO
4. Forma 480.6 ( si aplicara )

La información requerida deberá ser entregada en nuestra Oficina de Recursos Humanos.

Sin Otro particular al que referirme por el momento quedo,

Cordialmente,

Francisco Rivera
Sub-Director Recursos Humanos

fc: Expediente
UITA

gmd




Luis Muñoz Marín Intl Airport · Tel. 791-0969 · P.O. Box 1797 Carolina, Puerto Rico 00628