IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Eliseo Rivera Cortés, Gloria Pillot, et al,<br><br>*Plaintiffs*<br><br>v.<br><br>Airport Catering Services, Corp.,<br>Union Independiente de Trabajadores<br>de Aeropuertos<br><br>*Defendants* | Civil No. 98-2092(GG)<br><br><br><br>CIVIL ACTION |

# MOTION SUBMITTING SECOND SET OF TRANSLATED RELEASE AGREEMENTS

TO THE HONORABLE COURT:

    Comes now Co-Defendant, Airport Catering Services Corp., hereinafter referred to as ACS, represented by its undersigned attorneys and very respectfully states and prays as follows:

    1.    As ordered by this Honorable Court on its November 8, 2004, Order, the appearing party hereby encloses the following second set of translated release agreements:

19.    Release signed by Mr. José Luis Ortiz (plaintiff) ..…………………….......   156-162

20.    Release signed by Mr. Norman Ruidíaz (plaintiff) …..……………………….   163-169

21.    Release signed by Mr. Luis Quesada (plaintiff) and related documents ………   170-178

22.    Release signed by Mr. Alberto Cuadrado (plaintiff) and related documents.....   179-187

23.    Release signed by Ms. Ramonita Ríos (plaintiff) and related documents …....   188-197

24.    Release signed by Mr. Andrés Márquez (plaintiff) and related documents…..   198-206

25.    Release signed by Mr. Felix Pérez (plaintiff) and related documents ……......   207-215

26.    Release signed by Mr. José Betancourt (plaintiff) …….……………………   216-222

27.    Release signed by Ms. Elsa Cipreni (plaintiff) and related documents ..…….   223-231

28. Release signed by Mr. Pedro Serrano (plaintiff) and related documents …….   232-239

29. Release signed by Mr. Daniel Ruiz (plaintiff) and related documents ….…..   240-248

30. Release signed by Ms. Josefina Merced (plaintiff) and related documents…..   249-258

31. Release signed by Mr. José A. González (plaintiff) and related documents …   259-267

32. Release signed by Mr. Ceferino Ramos (plaintiff) ……..……………….....   268-274

33. Release signed by Ms. Wanda París (plaintiff) and related documents ……….   275-283

34. Release signed by Mr. Edwin Maurás (plaintiff) and related documents …….   284-292

35. Release signed by Ms. Carmen Marzán (plaintiff) and related documents …...   293-301

36. Release signed by Mr. Hary Carrillo (plaintiff) and related documents ……….   302-310

37. Release signed by Mr. Luis O. Díaz (plaintiff) and related documents ..…….   311-319

38. Release signed by Mr. Rogelio Reyes (plaintiff) and related documents ……   320-328

39. Release signed by Mr. Héctor Robles (plaintiff) ……..……………………….   329-335

40. Release signed by Ms. Ana I. Sandoz (plaintiff) ……..……………………….   336-342

41. Release signed by Mr. Victor Velázquez (plaintiff) and related documents ...   343-351

42. Release signed by Mr. Miguel Falero (plaintiff) …..……..……………….…   352-358

43. Release signed by Mr. René López (plaintiff) and related documents ……....   359-367

44. Release signed by Mr. Roberto Santiago (plaintiff) and related documents …   368-377

45. Release signed by Mr. Rafael Corchado (plaintiff) and related documents …   378-387

46. Release signed by Mr. Steven Arroyo (plaintiff) and related documents..……   388-396

47. Release signed by Ms. Isabel De La Rosa (plaintiff) and related documents ..   397-406

48. Release signed by Mr. Carlos Molina (plaintiff) and related documents …….   407-415

49. Release signed by Mr. Roberto Delgado (plaintiff) ……..…………………..   416-422

50. Release signed by Mr. Osvaldo Escobar (plaintiff) ……..………………..   423-429

51. Release signed by Mr. Herminio Pérez (plaintiff) and related documents …..   430-438

52. Release signed by Mr. Miguel A. Santiago (plaintiff) and related documents.   439-447

53. Release signed by Mr. José Martínez (plaintiff) and related documents ..……   448-456

54. Release signed by Ms. Judith González (plaintiff) and related documents …..   457-464

    2.    The rest of the translated release agreements will be submitted as they become available.

WHEREFORE, we respectfully request from this Honorable Court to accept the herewith enclosed documents with their corresponding certified translation in English.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 17th day of January, 2005.

I HEREBY CERTIFY that on January 17 , 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Luis R. Mellado-González, Esq.;  José Carreras, Esq.; and Nereida Feliciano Ramos, Esq.

    s/ <u>Alberto R. Estrella Arteaga</u>
    Alberto R. Estrella Arteaga
    USDC  PR  No.  217606
    Curbelo, Baerga & Quintana Law Office
    Union Plaza Bldg. Suite 810
    Ponce de León Avenue 416
    San Juan, PR 00918-3426
    Tel. (787) 753-7455
    Fax. (787) 756-5796
    curbelobaerga@microjuris.com