IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Eliseo Rivera Cortés, Gloria Pillot, et al,<br><br>*Plaintiffs*<br><br>v.<br><br>Airport Catering Services, Corp.,<br>Union Independiente de Trabajadores<br>de Aeropuertos<br><br>*Defendants* | Civil No. 98-2092(GG)<br><br>CIVIL ACTION |

# MOTION SUBMITTING THIRD SET OF TRANSLATED RELEASE AGREEMENTS

TO THE HONORABLE COURT:

    Comes now Co-Defendant, Airport Catering Services Corp., hereinafter referred to as ACS, represented by its undersigned attorneys and very respectfully states and prays as follows:

    1.    As ordered by this Honorable Court on its November 8, 2004, Order, the appearing party hereby encloses the following second set of translated release agreements:

55.    Release signed by Mr. Richard Fargas (plaintiff) and related documents …...    465-472

56.    Release signed by Ms. Aida Soto (plaintiff)………... ..……………......…….    473-479

57.    Release signed by Mr. Héctor Walker (plaintiff)…....……………......……..    480-486

58.    Release signed by Mr. Roberto Rosa (plaintiff) ...…………….....…..……..    487-493

59.    Release signed by Mr. Nelson Vargas (plaintiff) …....……………......…….    494-500

60.    Release signed by Ms. Luz V. Febles (plaintiff) and related documents ..……    501-509

61.    Release signed by Ms. Isabel Clemente (plaintiff) and related documents …...    510-519

62.    Release signed by Ms. María L. Esterás (plaintiff) and related documents .….    520-528

63.    Release signed by Mr. Jenaro Nuñez (plaintiff) and related documents ……..    529-538

| | | |
|---|---|---|
| 64. | Release signed by Ms. Lydia Nazario (plaintiff) and related documents ........ | 539-548 |
| 65. | Release signed by Mr. Gabriel Gómez (plaintiff) ….....……………….....…... | 549-555 |
| 66. | Release signed by Mr. Wendell Ramírez (plaintiff) and related documents.… | 556-564 |
| 67. | Release signed by Mr. José A. Valentín (plaintiff).......……………….....….. | 565-571 |
| 68. | Release signed by Mr. Luis R. Robles (plaintiff) and related documents …… | 572-580 |
| 69. | Release signed by Mr. José D. Robles (plaintiff) and related documents ..…. | 581-589 |
| 70. | Release signed by Mr. Rafael Alfonso (plaintiff) ….....……………….....…... | 590-596 |
| 71. | Release signed by Mr. Jesús Feliciano (plaintiff) ….....……………….....…... | 597-603 |
| 72. | Release signed by Mr. Johnny Rodríguez (plaintiff) and related documents .. | 604-612 |
| 73. | Release signed by Mr. Juan Franqui (plaintiff) and related documents ..……. | 613-621 |
| 74. | Release signed by Mr. Roberto Ortiz (plaintiff) and related documents ..…... | 622-631 |
| 75. | Release signed by Mr. Roberto Nieves (plaintiff) .......……………….....…... | 632-638 |
| 76. | Release signed by Mr. Carlos Rodríguez (plaintiff) ....……………….....…... | 639-645 |
| 77. | Release signed by Ms. Hilda Castellano (plaintiff) ....……………….....…... | 646-654 |
| 78. | Release signed by Mr. José Álvarez (plaintiff) …......……………….....…... | 655-663 |
| 79. | Release signed by Mr. Victor Acevedo (plaintiff) and related documents …. | 664-672 |
| 80. | Release signed by Mr. Felix Rosario (plaintiff) and related documents ……. | 673-681 |
| 81. | Release signed by Ms. Socorro Díaz (plaintiff) …......……………….....…... | 682-688 |
| 82. | Release signed by Ms. Dolores Sánchez (plaintiff) and related documents … | 689-697 |

2.   The rest of the translated release agreements will be submitted as they become available.

WHEREFORE, we respectfully request from this Honorable Court to accept the herewith enclosed documents with their corresponding certified translation in English.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 24th day of January, 2005.

I HEREBY CERTIFY that on January 24 , 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Luis R. Mellado-González, Esq.;  José Carreras, Esq.; and Nereida Feliciano Ramos, Esq.

        s/ <u>Alberto R. Estrella Arteaga</u>
        Alberto R. Estrella Arteaga
        USDC  PR  No.  217606
        Curbelo, Baerga & Quintana Law Office
        Union Plaza Bldg. Suite 810
        Ponce de León Avenue 416
        San Juan, PR 00918-3426
        Tel. (787) 753-7455
        Fax. (787) 756-5796
        curbelobaerga@microjuris.com