IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Eliseo Rivera Cortés, Gloria Pillot, et al, *Plaintiffs* v. Airport Catering Services, Corp., Union Independiente de Trabajadores de Aeropuertos *Defendants* | Civil No. 98-2092(GG) CIVIL ACTION |

# MOTION SUBMITTING FINAL SET OF TRANSLATED RELEASE AGREEMENTS

TO THE HONORABLE COURT:

Comes now Co-Defendant, Airport Catering Services Corp., hereinafter referred to as ACS, represented by its undersigned attorneys and very respectfully states and prays as follows:

1. As ordered by this Honorable Court on its November 8, 2004, Order, the appearing party hereby encloses the final set of translated release agreements:

| | | |
|---|---|---|
| 83. | Cancel check pay to the order of Mr. José D. Robles ……...….………… | 698-698 |
| 84. | Release signed by Ms. Petra Torres (plaintiff) and related documents ..…… | 699-708 |
| 85. | Release signed by Ms. Nydia E. Moreira (plaintiff) and related documents . | 709-717 |
| 86. | Release signed by Mr. José L. Reyes (plaintiff) …....….………………… | 718-726 |
| 87. | Release signed by Mr. Reinaldo Febo (plaintiff) ......….……………… | 727-733 |
| 88. | Release signed by Ms. Antolina Gúzman (plaintiff) ..….……………… | 734-742 |
| 89. | Release signed by Mr. Andy Calo (plaintiff) ……....….………………… | 743-749 |
| 90. | Release signed by Ms. Mercedes Pérez (plaintiff) and related documents … | 750-758 |
| 91. | Release signed by Mr. Fidel Soto García (plaintiff) ..….……………….. | 759-765 |
| 92. | Release signed by Mr. José A. Rivera (plaintiff) ......….……………….. ... | 766-775 |

93. Release signed by Ms. María C. Báez (plaintiff) and related documents ....... 776-784

94. Release signed by Mr. Carmelo Cruz (plaintiff) and related documents ........ 785-792

95. Release signed by Ms. Carmen Morales (plaintiff) and related documents .... 793-801

96. Release signed by Ms. Vicenta Figueroa (plaintiff) and related documents ... 802-810

97. Release signed by Ms. Yelixa Betancourt (plaintiff) and related documents . 811-819

98. Release signed by Ms. Neobagnis Montilla (plaintiff) and related documents 820-828

99. Release signed by Ms. Jannette López (plaintiff) ..…………………………. 829-835

100. Release signed by Mr. Neftali Navarro (plaintiff) and related documents …... 836-844

101. Release signed by Mr. David Serrano (plaintiff) and related documents ..…… 845-854

102. Release signed by Mr. Victor Rivera (plaintiff) ...………..………………. 855-863

103. Release signed by Mr. Pedro Monge Cordero (plaintiff) ..…………………. 864-870

104. Release signed by Mr. Orlando Reyes (plaintiff) ...………..……………..… 871-879

105. Release signed by Mr. Juan E. Delgado (plaintiff) and related documents … 880-888

106. Release signed by Ms. Rosa M. Díaz (plaintiff) and related documents. ........ 889-898

107. Release signed by Mr. Elliot R. Meléndez (plaintiff) and related documents . 899-907

108. Release signed by Ms. Ada I. Santos (plaintiff) and related documents ........ 908-917

109. Release signed by Ms. Carmen N. González (plaintiff) ........…………………. 918-924

110. Release signed by Ms. Carmen Hernández (plaintiff) and related documents 925-934

111. Release signed by Mr. José Rivera Gómez (plaintiff) and related documents 935-944

112. Release signed by Ms. Belén Salamanca (plaintiff) ..........…………………... 945-951

113. Release signed by Ms. Awilda Sosa Torres (plaintiff) ...........……………….. 952-958

114. Release signed by Mr. Orlando Quiñones (plaintiff) and related documents 959-967

115. Release signed by Mr. Juan Llanos (plaintiff) and related documents ...…… 968-976

116. Release signed by Mr. Hiram Carrero (plaintiff) and related documents ....... 977-986

117. Release signed by Mr. Raúl Garay (plaintiff) and related documents ......…… 987-995

118. Release signed by Ms. Rosa O. Gómez (plaintiff) ........…………………….. 996-1003

119. Release signed by Mr. José L. Andrades (plaintiff) ..……………………….  1003-1011

120. Release signed by Mr. Julius Costoso (plaintiff) and related documents ..….  1012-1019

121. Release signed by Ms. Ivette Quijano (plaintiff) ..........…………………....  1020-1026

122. Release signed by Ms. Ivelisse Calderón (plaintiff) and related documents .  1027-1035

123. Release signed by Mr. Eduardo Mundo Rosario (plaintiff) ..........…………  1036-1042

124. Release signed by Mr. José L. Villegas (plaintiff) and related documents….  1043-1051

125. Release signed by Mr. Crispulo Caraballo (plaintiff) and related documents  1052-1061

126. Release signed by Mr. Wilfredo Maldonado (plaintiff) ...........……………  1062-1068

127. Release signed by Mr. Ivan Llanos (plaintiff) and related documents ……..  1069-1077

128. Release signed by Ms. Norma Sierra (plaintiff) and related documents …...  1078-1086

129. Release signed by Mr. Germán Irizarry (plaintiff) and related documents ..  1087-1096

130. Release signed by Mr. Efraín Méndez (plaintiff) and related documents …  1097-1105

131. Release signed by Ms. Iluminada Cardona(plaintiff) and related documents  1106-1115

132. Release signed by Ms. Irma Román (plaintiff) ..........……………………..  1116-1122

133. Release signed by Mr. Rafael Rivera (plaintiff) ..........……………………  1123-1129

134. Release signed by Ms. Wanda Lasalle (plaintiff) and related documents …  1130-1137

135. Release signed by Ms. Emelynda Lasalle (plaintiff) and related documents.  1138-1146

136. Release signed by Mr. José Rosa (plaintiff) ………...........……………….  1147-1153

137. Release signed by Mr. Orlando Peña (plaintiff) and related documents …...  1154-1162

138. Release signed by Mr. Ismael Rivera (plaintiff) and related documents …...  1163-1167

139. Release signed by Mr. Orlando Morales (plaintiff) …...........……………..  1168-1174

140. Release signed by Mr. José A. Guzmán (plaintiff) …...........……………..  1175-1181

141. Release signed by Mr. Carlos Márquez (plaintiff) and related documents …  1182-1190

142. Cancel check pay to the order of Ms. Carmen Marzán ………...........………  1191-1191

143. Release signed by Ms. Esther López (plaintiff) and related documents …… 1192-1200

144. Release signed by Ms. Vilma Alejandro (plaintiff) and related documents .. 1201-1209

145. Release signed by Mr. Angel M. Pacheco (plaintiff) ............……………. 1210-1216

146. Release signed by Mr. Cesareo Román (plaintiff) and related documents … 1217-1224

147. Release signed by Mr. Angel Oquendo (plaintiff) ............…………………. 1225-1231

148. Release signed by Mr. René Molina (plaintiff) and related documents …... 1232-1240

149. Release signed by Mr. Juan C. Díaz (plaintiff) and related documents …... 1241-1249

150. Release signed by Mr. Eduardo García (plaintiff) and related documents .. 1250-1258

151. Release signed by Ms. Nydia Cuevas (plaintiff) and related documents … 1259-1267

152. Release signed by Ms. Virginia Delgado (plaintiff) ............……………. 1268-1274

153. Release signed by Ms. Epifania Bonilla (plaintiff) and related documents.. 1275-1282

154. Release signed by Ms. Ana Morales (plaintiff) ............……………..….. 1283-1289

WHEREFORE, we respectfully request from this Honorable Court to accept the herewith enclosed documents with their corresponding certified translation in English.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 17th day of January, 2005.

I HEREBY CERTIFY that on January 17 , 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Luis R. Mellado-González, Esq.;  José Carreras, Esq.; and Nereida Feliciano Ramos, Esq.

s/ Alberto R. Estrella Arteaga
Alberto R. Estrella Arteaga
USDC  PR  No.  217606
Curbelo, Baerga & Quintana Law Office
Union Plaza Bldg. Suite 810
Ponce de León Avenue 416
San Juan, PR 00918-3426
Tel. (787) 753-7455
Fax. (787) 756-5796
curbelobaerga@microjuris.com