EXHIBIT

I (83)

001698

10/abr/96 · Dolores Sánchez Rodríguez

THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNT(S)

| DATE | | AMOUNT | |
|---|---|---|---|
| | | 19, 435. | 75 |
| | Unión – | 800. | 00 |
| | | 18, 635. | 75 |

**AIRPORT CATERING SERVICES**
**SPECIAL ACCOUNT**
PO BOX 1797
CAROLINA, P R 00979

241

101-234/215

10 de abril 19 96

PAY TO THE ORDER OF DOLORES SANCHEZ RODRIGUEZ $ 18,635.75

CATERING SERV. 18635 DOLS 75 CTS DOLLARS

Banco Santander Puerto Rico
HATO REY, PUERTO RICO 014

FOR Acuerdo de Transacción

⑈000241⑈ ⑆021502341⑆ 014⑈033399⑈