| THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNT (S) | |
|---|---|
| DATE | AMOUNT |
| | 6,438 00 |
| | − 500 00 |
| | 5,938 00 |

**AIRPORT CATERING SERVICES**
**SPECIAL ACCOUNT**
PO BOX 1797
CAROLINA, P R 00979

046
101-234/215

24 julio 19 95

PAY TO THE ORDER OF  CARMEN MARZAN   $ 5,938.00

5938 DOLS 00 CTS _____ DOLLARS

Banco Santander Puerto Rico
HATO REY, PUERTO RICO   014

FOR  Acuerdo de Transacción y Relevo

⑈000046⑈  ⑉021502341⑉:  014⑈033399⑈

[signatures]

001191

EXHIBIT
I (142)