UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Eliseo Rivera Cortés, et als**<br>Plaintiff<br><br>Vs.<br><br>**Airport Catering Services, Corp**., et als<br>Defendants | **Civil # 98-2092 (GG)** |

### PLAINTIFF'S MOTION REQUESTING EXTENSION OF TIME TO RAISE OBJECTIONS TO THE MAGISTRATES' REPORT AND RECOMMENDATION

TO THE HONORABLE COURT:

NOW COME *Iluminada Cardona Rivera* and other co-plaintiffs on whose behalf the undersigned attorney assume their legal representation in this case and very respectful state and pray as follow:

1. US Magistrate Hon. Camille L. Velez Rive issued a Report and Recommendation Dated February 24, 2005.

2. The Notice of Electronic Filing of said date states that the objection to said report and recommendation are due by March 17, 2005, even though the report and recommendation granted the parties 10 days to file objections.

3. The undersigned attorney found on this date that for reasons unknown to him which could not be explained by his secretaries, the report and recommendation was allegedly printed but it never reach our deck nor has been found in our offices. Therefore the undersigned hereby prays this Honorable Court an enlargement of time of 20 days in view of the lengthy

document, which we must study to raise objections to the Magistrate Judge report and recommendation.

WHEREFORE, it is very respectfully prayed from this Honorable Court to grant this motion as prayed herein.

Respectfully submitted, in San Juan, Puerto Rico this 9th March, 2005.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/EFC system, which will send notification of such filing to the following attorneys: **Fernando A. Baerga, Esq.**; **José Carreras, Esq**. and **Nereida Feliciano Ramos, Esq**.

        **S/ LUIS R. MELLADO GONZALEZ**
        **USDC-PR 116714**
        Attorney for Plaintiffs
        LAW OFFICES LUIS R. MELLADO GONZALEZ
        239 ARTERIAL HOSTOS SUITE 404
        SAN JUAN, PUERTO RICO 00918-1475
        TELEPHONE (787) 767-2543
        FAX (787) 767-2575
        EMAIL: lmellado@coqui.net