IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ELISEO RIVERA CORTES, ET AL**<br><br>**Plaintiffs**<br><br>v.<br><br>**AIRPORT CATERING SERVICES, CORP., ET AL**<br><br>**Defendants** | **CIVIL NO. 98-2092 (GG)** |

**PLAINTIFFS' MOTION REQUESTING A BRIEF FINAL ENLARGEMENT OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION**

TO THE HONORABLE COURT:

NOW COME plaintiffs Iluminada Rivera and other coplaintiffs through their undersigned attorney, and very respectfully state and pray as follows:

1. By order of March 9, 2005, this Honorable Court granted plaintiffs until March 23, 2005 to file objections to the Report and Recommendation of U.S. Magistrate Hon. Camille L. Vélez Rivé of March 9, 2005.

2. However, during the 8 labor days which followed the notification of said order, the undersigned attorney has been totally engaged in other urgent judicial matters, including hearings, depositions and the preparation of two petitions for certiorari which were due this past Friday March 18, for which reason the undersigned attorney had no time left to prepare and file objections to the U.S. Magistrate's Report and Recommendation.

3. In view of the above, it is very respectfully prayed from this Honorable Court to allow plaintiffs until next Monday March 28, 2005 to file objections to the U.S. Magistrate's Report and Recommendation.

WHEREFORE, it is respectfully prayed from this Honorable Court to grant this motion as prayed herein.

Respectfully submitted.

In San Juan, Puerto Rico, this 23rd day of March, 2005.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing documents has been electronically filed with the Clerk of the Court using the CM/EFC system, which will send notification of such filing to the following attorneys: Fernando A. Baerga, José Carreras and Nereida Feliciano Ramos.

        S/LUIS R. MELLADO GONZALEZ
        USDC-PR 116714
        239 ARTERIAL HOSTOS SUITE 404
        SAN JUAN, PUERTO RICO 00918-1475
        TELEPHONE (787) 767-2543
        FAX (787) 767-2575
        EMAIL: lmellado@coqui.net