DEPARTAMENTO DE JUSTICIA
BIBLIOTECA

Núm. 3060
Fecha: 7 diciembre 1988
5:10 p.m.
Aprobado: Carlos S. Quirós
Secretario de Estado
Por: [firma]
Secretaria Auxiliar de Estado

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS
OFICINA DEL SECRETARIO

REGLAMENTO DEL SECRETARIO DEL TRABAJO Y
RECURSOS HUMANOS DE PUERTO RICO PARA ESTABLECER
LAS NORMAS A SEGUIR EN LA APROBACION DE TRANSACCIONES
DE LAS RECLAMACIONES INSTADAS AL AMPARO DE LA LEY 96 DE
26 DE JUNIO DE 1956, ENMENDADA Y DE LA LEY 379 DE 15 DE
MAYO DE 1948, ENMENDADA; Y DESIGNAR ABOGADOS QUE PUEDAN
INTERVENIR EN ESTAS

ARTICULO 1 - Alcance

Por la presente se establecen las siguientes normas para regir las transacciones de reclamaciones bajo la Ley Num. 96, aprobada el día 26 de junio de 1956 (29 L.P.R.A., 245(a) et. seq.) y bajo la Ley Núm. 379 de 15 de mayo de 1948 ( 29 L.P.R.A. 271 et seq.), según han sido subsiguientemente enmendadas. Lo aquí establecido será aplicable a la transacción de toda reclamación bajo las leyes citadas administradas por el Departamento, por abogados privados o por el propio trabajador por representación propia. No será aplicable a casos sometidos ante cualquier árbitro bajo las disposiciones de un convenio colectivo.

ARTICULO 2 - Facultad

Este reglamento se promulga de conformidad con la facultad otorgada por el Artículo 13 de la Ley Núm. 379, aprobada el día 15 de mayo de 1948, según la misma ha sido enmendada por la Ley Núm. 25, aprobada el día 26 de abril de 1968 (29 L.P.R.A., 282) y por la Ley Núm. 8 aprobada el 10 de mayo de 1982.

ARTICULO 3 - Definiciones

a) Transacción es un acuerdo por el cual se conviene por uno o más reclamantes y/o sus abogados, en aceptar una suma de dinero menor que la suma básica que se reclama, incluyendo la penalidad de ley cuando ya se ha iniciado la acción judicial al amparo de la Ley Núm. 379 ( 29 L.P.R.A., 271 et seq.) y/o la Ley Núm. 96 (29 L.P.R.A.,245 et seq.) ambas ya citadas.

PARA USO OFICIAL
LIBRE DE DERECHOS

-2-

b) Secretario es el Secretario del Trabajo y Recursos Humanos.

c) Departamento es el Departamento del Trabajo y Recursos Humanos de Puerto Rico.

ARTICULO 4 - Reclamaciones Administrativas Hasta Cinco Mil ($5,000.00).

Las transacciones de casos a nivel administrativo en los que se reclame una suma básica no mayor de Cinco Mil ($5,000.00) serán aprobadas por los abogados del Negociado de Asuntos Legales. Si el caso está ante el Negociado de Normas del Trabajo, éste redactará la documentación necesaria con la recomendación de su director o su representante autorizado y la remitirá con el caso para que el abogado designado apruebe la transacción.

El Director del Negociado de Asuntos Legales y el Director del Negociado de Normas del Trabajo harán los arreglos necesarios para que la transacción de estos casos se realice con la mayor prontitud.

El Director, el Sub-Director, el Jefe de la División de Revisión de Reclamaciones, Supervisores de Operaciones de Campo y Administradores de Area, podrán aprobar las transacciones de casos a nivel administrativo en que se reclame una suma básica que no exceda de Mil Dólares ($1,000.00) sin la intervención del Secretario ni de los abogados del Negociado de Asuntos Legales.

ARTICULO 5 - Reclamaciones Judiciales Hasta Diez Mil Dólares ($10,000.00)

Los abogados del Negociado de Asuntos Legales del Departamento podrán aprobar transacciones sin la intervención del Secretario en todo caso en que se reclame judicialmente una suma no mayor de Diez Mil Dólares ($10,000.00), incluyendo la

Case 3:98-cv-02092-JAG   Document 116-2   Filed 03/28/2005   Page 3 of 6

-3-

penalidad de ley.

ARTICULO 6 - Reclamaciones Administrativas de más de Cinco Mil Dólares ($5,000.00) y Judiciales de más de Diez Mil Dólares ($10,000.00)

Toda transacción de casos en que se reclame administrativamente una suma básica mayor de Cinco Mil Dólares ($5,000.00) o que se reclame judicialmente una suma mayor de Diez Mil Dólares ($10,000.00), incluyendo la penalidad de ley, deberá ser aprobada por el Secretario. Si se trata de un caso instado por este Departamento y el acuerdo de transacción se llevare a cabo en corte abierta, la transacción no será definitiva ni obligatoria para ninguna de las partes hasta tanto el Secretario le imparta su aprobación. Así mismo si el acuerdo de transacción se concertase fuera del tribunal la misma no será definitiva u obligatoria hasta tanto el Secretario le imparta su aprobación.

ARTICULO 7 - Disposiciones Generales

a) el abogado o funcionario de este Departamento que intervenga en la transacción de un caso redactará un informe haciendo una relación suscinta de los hechos del mismo, señalará la suma básica y la suma total reclamada, la suma por la cual se transige la reclamación y los fundamentos de hecho y/o derecho que justifican la transacción. Se redactará además en los casos apropiados, la correspondiente Moción de Archivo por Transacción o una Estipulación la cual deberá ser firmada por las partes o por sus abogados si el patrono querellado estuviere representado por abogado. En los casos en que se reclame administrativamente una suma básica mayor de Cinco Mil Dólares ($5,000.00) o cuando se reclame judicialmente una suma total en exceso de Diez Mil Dólares ($10,000.00), el expediente del caso conjuntamente con el informe del abogado y la Moción de Archivo por Transacción o la Estipulación serán remitidos al Secretario del Trabajo para su aprobación.

- 4 -

b) Toda transacción deberá ser aprobada por escrito por el querellante o los querellantes antes de radicarse en el Tribunal.

c) En aquellos casos de reclamaciones administrativas o judiciales instadas por este Departamento en que se acuerde el pago de una suma global que incluya un plan de pagos al patrono, el acuerdo de transacción como regla general deberá contener una cláusula por la cual el patrono autoriza al Tribunal a dictar sentencia por consentimiento en su contra, sin vista, bajo el Artículo 35 del Código de Enjuiciamiento Civil (32 L.P.R.A. 1561) por la suma total reclamada incluyendo la penalidad en casos de que éste incumpla con cualesquiera de las condiciones acordadas. Los pagos periódicos de plazos vencidos deberán hacerse en la Secretaría del Tribunal que entiende en el caso o ante un funcionario autorizado del Departamento del Trabajo y Recursos Humanos.

d) El Secretario del Trabajo podrá apartarse de las normas aquí establecidas en aquellos casos en que las circunstancias especiales lo requieran.

ARTICULO 8 - Vigencia

Este Reglamento entrará en vigor treinta (30) días después de radicado en el Departamento de Estado del Estado Libre Asociado de Puerto Rico.

Por el presente se deja sin efecto la Orden Administrativa sobre este asunto de 11 de septiembre de 1979 y el Reglamento Interno del Secretario del Trabajo y Recursos Humanos de Puerto Rico sobre este mismo asunto, aprobado el 5 de octubre de 1981.

Promulgado en San Juan, Puerto Rico, a 21 de noviembre de 1983.

Héctor Hernández Soto
Secretario del Trabajo y
Recursos Humanos

Aprobado por el Gobernador de Puerto Rico.

A 5 de diciembre de 1983.

Carlos Romero Barceló
Gobernador

PARA USO OFICIAL
LIBRE DE DERECHOS

Case 3:98-cv-02092-JAG   Document 116-2   Filed 03/28/2005   Page 6 of 6