IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ELISEO RIVERA CORTES, ET AL**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**AIRPORT CATERING SERVICES, CORP., ET AL**<br><br>**Defendants** | **CIVIL NO. 98-2092 (GG)** |

### MOTION REQUESTING EXTENSION OF TIME TO FILE ENGLISH TRANSLATIONS OF EXHBIITS

TO THE HONORABLE COURT:

NOW COME Eliseo Rivera Cortés, and other co-plaintiffs belonging to Group "Y", referred to in paragraph 3 of the Second Amended Complaint of March 17th, 1999, who are represented by the undersigned attorney, and very respectfully state and pray as follows:

1. On this date the appearing co-plaintiffs filed their objections to U.S. Magistrate Judge Report and Recommendations, in which the 2 exhibits submitted are in Spanish.

2. Co-plaintiffs' counsel had no time to order a translation of said exhibits, for which reason it is very respectfully prayed from this Honorable Court that an enlargement of time of 45 days be granted toward that end.

WHEREFORE, it is respectfully prayed from this Honorable to grant this motion as prayed herein.

Respectfully submitted.

In San Juan, Puerto Rico, this 28th day of March, 2005.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing documents has been electronically filed with the Clerk of the Court using the CM/EFC system,

which will send notification of such filing to the following attorneys: Fernando A. Baerga, José Carreras and Alberto R. Estrella Arteaga.

                                                                     S/LUIS R. MELLADO GONZALEZ
                                                                     USDC-PR 116714
                                                                       239 ARTERIAL HOSTOS SUITE 404
                                                                       SAN JUAN, PUERTO RICO 00918-1475
                                                                       TELEPHONE (787) 767-2543
                                                                       FAX (787) 767-2575
                                                                       EMAIL:  lmellado@coqui.net