IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ELISEO RIVERA CORTES, ET AL**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**AIRPORT CATERING SERVICES, CORP., ET AL**<br><br>**Defendants** | **CIVIL NO. 98-2092 (GG)** |

### MOTION REQUESTING AN ENLARGEMENT OF TIME TO FILE REPLY TO "MOTION IN OPPOSITION TO GROUP 'Y' COPLAINTIFFS' OBJECTIONS"

TO THE HONORABLE COURT:

NOW COME plaintiffs Iluminada Rivera and other coplaintiffs through their undersigned attorney, and very respectfully state and pray as follows:

1. On April 1, 2005, co-defendant Airport Catering Services Corp. filed a "Motion in Opposition to Group 'Y' Coplaintiffs' Objections", which due to a clerical omission of our personnel, it was not brought to our attention until today.

2. Plaintiffs believe that the applicable law has been miss-argued and the facts pertinent to the case misstated in said opposition, for which reason a reply from plaintiffs is necessary, but we need additional time to reply to said motion in order to respond to those arguments.

3. The undersigned attorney is actually preparing some urgent documents that need to be filed in other cases during the next days, and needs an extension of time of ten (10) additional days in order to prepare and file a reply to the above opposition.

WHEREFORE, it is very respectfully prayed from this Honorable Court to grant plaintiffs'the extension of time requested herein to file their reply to "Motion in Opposition to Group 'Y' Coplaintiffs' Objections".

-1-

Respectfully submitted.

In San Juan, Puerto Rico, this 13th day of April, 2005.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing documents has been electronically filed with the Clerk of the Court using the CM/EFC system, which will send notification of such filing to the following attorneys: Fernando A. Baerga, José E. Carreras-Rovira, and Alberto R. Estrella-Arteaga.

> S/LUIS R. MELLADO GONZALEZ
> USDC-PR 116714
> 239 ARTERIAL HOSTOS SUITE 404
> SAN JUAN, PUERTO RICO 00918-1475
> TELEPHONE (787) 767-2543
> FAX (787) 767-2575
> EMAIL: lmellado@coqui.net