IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Eliseo Rivera Cortés, Gloria Pillot, et al, <br><br> *Plaintiffs* <br><br> v. <br><br> Airport Catering Services, Corp., <br> Union Independiente de Trabajadores <br> de Aeropuertos <br><br> *Defendants* | Civil No. 98-2092(GG) <br><br><br><br> CIVIL ACTION |

**MOTION IN OPPOSITION TO COPLAINTIFFS' REQUEST FOR ENLARGEMENT OF TIME**

TO THE HONORABLE COURT:

      Comes now Co-Defendant, Airport Catering Services Corp., hereinafter referred to as ACS, represented by its undersigned attorneys and very respectfully states and prays as follows:

      1.    Today, Co-Plaintiffs filed a motion titled *Motion Requesting an Enlargement of Time to File Reply to "Motion in Opposition to Group 'Y' Coplaintiffs' Objections"* (Docket No. 119), requesting an extension of time of ten (10) days to reply to ACS' opposition.

      2.    Co-Plaintiffs main reason for requesting said enlargement of time is a stereotyped excuse that their legal counsel did not receive, until today, ACS' opposition. (Docket No. 119 ¶ 1)

      3.    This is not the first time that Co-Plaintiffs have used that same exact excuse to request an enlargement of the established terms. In fact, in Co-Plaintiffs' motion titled *Plaintiffs' Motion Requesting Extension of Time to Raise Objections to the Magistrates' Report*

*and Recommendations* that same excuse was used to request and extension of time (Docket No. 112 ¶ 3).

4. It is ACS' contention that Co-Plaintiffs' request is no more that a dilatory request in order to extend the life of a case that has been under the consideration of this Honorable Court for more than **seven years**. These dilatory tactics not only generate unnecessary costs and attorney fees for ACS, but also infringe the scope and purpose of the Federal Rules of Civil Procedure which require that the same be administered in a manner to secure a just, speedy, and inexpensive determination of every action. See, Rule 1 of the Fed.R.Civ.P.

WHEREFORE, it is respectfully requested from this Honorable Court to deny Co-Plaintiffs' request for an enlargement of time

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 13th day of April, 2005.

I HEREBY CERTIFY that on April 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Luis R. Mellado-González, Esq.;  José Carreras, Esq.; and Nereida Feliciano Ramos, Esq.

s/ Alberto R. Estrella Arteaga
Alberto R. Estrella Arteaga
USDC PR No. 217606
Curbelo, Baerga & Quintana Law Office
Union Plaza Bldg. Suite 810
Ponce de León Avenue 416
San Juan, PR 00918-3426
Tel. (787) 753-7455
Fax. (787) 756-5796
curbelobaerga@microjuris.com