IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISEO RIVERA CORTES, ET AL

Plaintiffs

v.

AIRPORT CATERING SERVICES, CORP., ET AL

Defendants

05 APR 25 PM 4: 17

CIVIL NO. 98-2092 (GG) JAG
SAN JUAN

## DECLARATION THAT PARTY WAS UNABLE TO FILE A TIMELY MANNER DUE TO TECHNICAL DIFFICULTIES

TO THE HONORABLE COURT:

NOW COME plaintiffs Eliseo Rivera-Cortés and other coplaintiffs through their undersigned attorney, and very respectfully state and pray as follows:

Please take notice that the appearing party was unable to file the attached MOTION FOR AN ADDITIONAL 2 WORKING DAYS ENLARGEMENT OF TIME due to technical difficulties. The deadline for filing a reply to defendants' opposition to objections to U.S. Magistrate Report and Recommendation of February 24, 2005 is due today April 25, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, in San Juan, Puerto Rico, this 25th day of April, 2005.

I HEREBY CERTIFY that on this same date a true and exact copy has been sent by regular mail to Fernando A. Baerga, Esq., Union Plaza Building Suite 810, Ponce De León Ave. #416, Hato Rey, Puerto Rico 00918; José Carreras, Esq., Midtown Bldg. Suite 206, 421 Muñoz Rivera Ave., Hato Rey, Puerto Rico 00918; Nereida Feliciano Ramos, Esq., Junta de Relaciones del Trabajo PR, P.O. Box 14427, Bo. Obrero Station, San Juan Puerto Rico 00918

S/LUIS R. MELLADO GONZALEZ
USDC-PR 116714
239 ARTERIAL HOSTOS SUITE 404
SAN JUAN, PUERTO RICO 00918-1475
TELEPHONE (787) 767-2543
FAX (787) 767-2575
EMAIL:  lmellado@coqui.net