IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELISEO RIVERA CORTES, ET AL<br><br>Plaintiffs<br><br>v.<br><br>AIRPORT CATERING SERVICES, CORP., ET AL<br><br>Defendants | CIVIL NO. 98-2092 (GG) |

### MOTION FOR AN ADDITIONAL 2 WORKING DAYS ENLARGEMENT OF TIME

TO THE HONORABLE COURT:

NOW COME plaintiffs Eliseo Rivera-Cortés and other coplaintiffs through their undersigned attorney, and very respectfully state and pray as follows:

1. This Honorable Court granted plaintiffs until today to file a reply to defendants' opposition to objections to U.S. Magistrate Report and Recommendation of February 24, 2005. However, the undersigned attorney has not been able to complete said motion, since our electronic research on case law cited by defendant in its opposition has not been possible nor the final preparation and transcript of the reply due to technical problems in our computer network, to the point that our internet capability collapsed and we have not been able to use the CM/ECF system since past Thursday. The undersigned attorney expects

-1-

that by this Wednesday April 27, 2005 our computer system be restored and fully operational.

WHEREFORE, it is very respectfully prayed from this Honorable Court to grant the 2 labor days enlargement requested herein.

Respectfully submitted.

In San Juan, Puerto Rico, this 25th day of April, 2005.

I HEREBY CERTIFY that on this same date a true and exact copy has been sent by regular mail to Fernando A. Baerga, Esq., Union Plaza Building Suite 810, Ponce De León Ave. #416, Hato Rey, Puerto Rico 00918; José Carreras, Esq., Midtown Bldg. Suite 206, 421 Muñoz Rivera Ave., Hato Rey, Puerto Rico 00918; Nereida Feliciano Ramos, Esq., Junta de Relaciones del Trabajo PR, P.O. Box 14427, Bo. Obrero Station, San Juan Puerto Rico 00918

S/LUIS R. MELLADO GONZALEZ
USDC PR 116714
239 ARTERIAL HOSTOS SUITE 404
SAN JUAN, PUERTO RICO 00918-1475
TELEPHONE (787) 767-2543
FAX (787) 767-2575
EMAIL: lmellado@coqui.net

-2-