IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Eliseo Rivera Cortés, Gloria Pillot, et al, <br><br> *Plaintiffs* <br><br> v. <br><br> Airport Catering Services, Corp., <br> Union Independiente de Trabajadores <br> de Aeropuertos <br><br> *Defendants* | Civil No. 98-2092(GG) <br><br><br><br> CIVIL ACTION |

## MOTION REQUESTING LEAVE TO FILE BRIEF SUR-REPLY TO CO-PLAINTIFFS' REPLY

TO THE HONORABLE COURT:

Comes now Co-Defendant, Airport Catering Services Corp., hereinafter referred to as ACS, represented by its undersigned attorneys and very respectfully states and prays as follows:

1. On March 28, 2005, Plaintiffs filed a motion titled *Group "Y" Coplaintiffs' Objections to U.S. Magistrate Judge Report and Recommendations* (Docket No. 116).

2. The appearing party field a *Motion in Opposition to Group "Y" Coplaintiffs' Objections* on April 1, 2005. (Docket No. 117).

3. After various extensions of time, on April 27, 2005, Co-Plaintiffs filed a *Reply to "Motion in Opposition to Group 'Ý' Co-Plaintiffs' Objections"*. (Docket No. 126).

5. The appearing party wishes to refute the unfounded allegations contained in Co-Plaintiffs' reply. Therefore, in compliance with Local Rule 7.1(c), the appearing party hereby requests leave from this Honorable Court in order to file a brief sur-reply to Co-Plaintiff's reply (Attached herewith as Exhibit "A").

WHEREFORE, the appearing defendant prays this Honorable Court to grant the present motion requesting leave to file a brief sur-reply to Co-Plaintiffs' reply.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 4th day of May, 2005.

I HEREBY CERTIFY that on May 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Luis R. Mellado-González, Esq.;  José Carreras, Esq.; and Nereida Feliciano Ramos, Esq.

          s/ <u>Fernando A. Baerga-Ibáñez</u>
          Fernando A. Baerga-Ibáñez
           USDC  PR  No.  213311
          s/ <u>Alberto R. Estrella Arteaga</u>
          Alberto R. Estrella Arteaga
          USDC  PR  No.  217606
          Curbelo, Baerga & Quintana Law Office
          Union Plaza Bldg. Suite 810
          Ponce de León Avenue 416
          San Juan, PR 00918-3426
          Tel. (787) 753-7455
          Fax. (787) 756-5796
          curbelobaerga@microjuris.com