UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Eliseo Rivera Cortés, et als**<br>Plaintiff<br><br>Vs.<br><br>**Airport Catering Services, Corp**., et als<br>Defendants | Civil # 98-2092 (GG) |

### PLAINTIFF'S MOTION REQUESTING EXTENSION OF TIME TO FILE ENGLISH TRANSLATIONS OF EXHIBITS

TO THE HONORABLE COURT:

NOW COME *Iluminada Cardona Rivera* and other co-plaintiffs on whose behalf the undersigned attorney assumed their legal representation in this case and very respectful state and pray as follow:

1. The undersigned attorney has retained the services of Mrs. María Hernández, Certified Translator, in order to prepare a certified English translation of the two (2) exhibits submitted in Spanish with plaintiff's objections to U.S. Magistrate Judge Report and Recommendations.

2. Mrs. María Hernández assigned this task to Mrs. Annie Flores, who informed us that she needs one (1) additional week in order to complete the translations.

3. Therefore, the undersigned attorney hereby prays from this Honorable Court that an enlargement of time of 7 days be allowed for the filing of the certified English translations of said documents.

WHEREFORE, it is very respectfully prayed from this Honorable Court to grant this motion as prayed herein.

Respectfully submitted, in San Juan, Puerto Rico this 11th day of May 2005.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/EFC system, which will send notification of such filing to the following attorneys: **Fernando A. Baerga, Esq.**; **José Carreras, Esq**. and **Nereida Feliciano Ramos, Esq**.

        **S/ LUIS R. MELLADO GONZALEZ**
        **USDC-PR 116714**
        Attorney for Plaintiffs
        LAW OFFICES LUIS R. MELLADO GONZALEZ
        239 ARTERIAL HOSTOS SUITE 404
        SAN JUAN, PUERTO RICO 00918-1475
        TELEPHONE (787) 767-2543
        FAX (787) 767-2575
        EMAIL:  lmellado@coqui.net