UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Eliseo Rivera Cortés, et als**<br>Plaintiff<br><br>Vs.<br><br>**Airport  Catering Services, Corp**., et als<br>Defendants | **Civil # 98-2092 (GG)** |

## PLAINTIFF'S MOTION REQUESTING FINAL EXTENSION OF TIME TO FILE ENGLISH TRANSLATIONS OF EXHIBITS

TO THE HONORABLE COURT:

NOW COME *Iluminada Cardona Rivera* and other co-plaintiffs on whose behalf the undersigned attorney assumed their legal representation in this case and very respectful state and pray as follow:

1) Since during this week the undersigned attorney is attending the relocation of his offices, it is very respectfully prayed from this Honorable Court than an enlargement of time of 7 days be granted for the filing of the certified English translations of the two (2) exhibits submitted in Spanish with plaintiff's objections to U.S. Magistrate Judge Report and Recommendations.

2) This petition will not cause any unreasonable delay in the case nor prejudice to anyone.

WHEREFORE, it is very respectfully prayed from this Honorable Court to grant this motion as prayed herein.

Respectfully submitted, in San Juan, Puerto Rico this 23rd day of May 2005.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/EFC system,

- 1 -

which will send notification of such filing to the following attorneys: **Fernando A. Baerga, Esq.**; **José Carreras, Esq**. and **Nereida Feliciano Ramos, Esq**.

> **S/ LUIS R. MELLADO GONZALEZ**
> **USDC-PR 116714**
> Attorney for Plaintiffs
> LAW OFFICES LUIS R. MELLADO GONZALEZ
> 239 ARTERIAL HOSTOS SUITE 404
> SAN JUAN, PUERTO RICO 00918-1475
> TELEPHONE (787) 767-2543/ FAX (787) 767-2575
> EMAIL:  lmellado@coqui.net