UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Eliseo Rivera Cortés, et als**<br>Plaintiff<br><br>Vs.<br><br>**Airport Catering Services, Corp**., et als<br>Defendants | **Civil # 98-2092 (GG)** |

## MOTION SUBMITTING ENGLISH TRANSLATIONS OF EXHIBITS

TO THE HONORABLE COURT:

NOW COME *Iluminada Cardona Rivera* and other co-plaintiffs on whose behalf the undersigned attorney assumed their legal representation in this case and very respectful state and pray as follow:

1) The plaintiffs very respectfully submits herein the certified English translations of the two (2) exhibits submitted in Spanish with plaintiff's objections to U.S. Magistrate Judge Report and Recommendations.

WHEREFORE, it is very respectfully prayed from this Honorable Court to take notice of the above.

Respectfully submitted, in San Juan, Puerto Rico this 3rd day of June 2005.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/EFC system, which will send notification of such filing to the following attorneys: **Fernando A. Baerga, Esq.**; **José Carreras, Esq**. and **Nereida Feliciano Ramos, Esq**.

**S/ LUIS R. MELLADO GONZALEZ**
**USDC-PR 116714**
Attorney for Plaintiffs
LAW OFFICES LUIS R. MELLADO GONZALEZ
Mercantil Plaza Suite 1110, #2 Ponce De León Ave.
San Juan, Puerto Rico 00918
TELEPHONE (787) 767-2543/ FAX (787) 767-2575
EMAIL: lmellado@coqui.net

Case 3:98-cv-02092-JAG    Document 132    Filed 06/06/2005    Page 2 of 2

- 2 -