UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Eliseo Rivera Cortés, et als**<br>Plaintiff<br>Vs.<br><br>**Airport Catering Services, Corp**., et als<br>Defendants | Civil # 98-2092 (GG) |

## MOTION ASSUMING LEGAL REPRESENTATION OF ADDITIONAL CO-PLAINTIFF

TO THE HONORABLE COURT:

NOW COMES the undersigned attorney on behalf of co-plaintiff BEATRIZ LABOY RODRIGUEZ, ss # 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 and very respectfully state and pray as follow:

1. The co-plaintiff identified in the appearance to this motion had retained the services of the undersigned attorney to represent them in further proceedings in this case.

2. The undersigned attorney hereby requests from this Honorable Court to accept our legal representation of said co-plaintiff.

WHEREFORE, it is very respectfully prayed from this Honorable Court to acknowledge the above and to permit the legal representation of the appearing co-plaintiffs by the undersigned counsel.

Respectfully submitted, in San Juan, Puerto Rico this 8th day of July, 2005.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/EFC system, which will send notification of such filing to the following attorneys: **Fernando A. Baerga, Esq.**; **José Carreras, Esq**. and **Nereida Feliciano Ramos, Esq**.

-1-

**S/ LUIS R. MELLADO GONZALEZ**
**USDC-PR 116714**
Attorney for Plaintiffs
LAW OFFICES LUIS R. MELLADO GONZALEZ
239 ARTERIAL HOSTOS SUITE 404
SAN JUAN, PUERTO RICO 00918-1475
TELEPHONE (787) 767-2543
FAX (787) 767-2575
EMAIL:  lmellado@coqui.net