UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Eliseo Rivera Cortés, et als**<br>Plaintiff<br>Vs.<br><br>**Airport Catering Services, Corp**., et als<br>Defendants | Civil # 98-2092 (GG) |

### MOTION INFORMING VACATIONS PERIOD, AND IN REQUEST THAT NO HEARING OR DEADLINES BE SET DURING THAT PERIOD

Comes now attorney Luis R. Mellado-Gonzalez, and very respectfully states and prays as follows:

1. The undersigned attorney shall be enjoying a short vacation period out of Puerto Rico from July 20 through August 2, 2005.

2. The undersigned attorney very respectfully prays from this Honorable Court to acknowledge the above and that no hearing or deadlines be set during the above informed vacations period.

WHEREFORE, it is very respectfully prayed from this Honorable Court to acknowledge of the above and that no hearings or deadlines be set during the above informed period.

Respectfully submitted, in San Juan, Puerto Rico this 8th day of July, 2005.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/EFC system, which will send notification of such filing to the following attorneys: **Fernando A. Baerga, Esq.**; **José Carreras, Esq**. and **Nereida Feliciano Ramos, Esq**.

                                                        **S/ LUIS R. MELLADO GONZALEZ**
                                                        **USDC-PR 116714**
                                                        Attorney for Plaintiffs
                                                        LAW OFFICES LUIS R. MELLADO GONZALEZ
                                                        P.O. BOX 193489

SAN JUAN, PUERTO RICO 00936-3489<br>
TELEPHONE (787) 767-2543<br>
FAX (787) 767-2575<br>
EMAIL:  lmellado@coqui.net