# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELISEO RIVERA CORTES, <u>et al.</u>,<br>**Plaintiff(s)**<br><br>v.<br><br>AIRPORT CATERING SERVICES CORP., <u>et al.</u>,<br>**Defendant(s)** | **CIVIL NO.** 98-2092 (JAG) |

**JUDGMENT**

In accordance with the Opinion and Order issued today, the Court hereby enters judgment dismissing all claims brought under the purview of Section 301(a) of the Labor Management Relations Act, 29 U.S.C § 185(a), **without prejudice** to any state law claim that plaintiffs may wish to assert in a state court or administrative forum of competent jurisdiction.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31th day of August, 2005.


                                     s/ Jay A. Garcia-Gregory
                                       JAY A. GARCIA-GREGORY
                                       U.S. District Judge